**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, and RILEY ROE, on behalf of themselves and all persons similarly situated,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>*Defendant*. | Civil Action No. 1:26-cv-02723 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Elisabeth J. Neylan of the United States Department of Justice, enters her appearance as counsel for Defendants in this matter.

Dated: November 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

AMBER RICHER
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Elisabeth Neylan*
ELISABETH J. NEYLAN (N.Y. Bar No. 6125736)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

Tel: (771) 217-8180
Fax: (202) 616-8460
E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for the United States*