# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,<br>*Plaintiffs*,<br>v.<br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br>*Defendant*. | No. 1:26-cv-2723 |

**DECLARATION OF JODY L. HERMAN**

I, Jody L. Herman, hereby declare as follows:

1. I am the Reid Rasmussen Senior Scholar of Public Policy at the Williams Institute at UCLA School of Law.
2. The Williams Institute is a research organization and think tank dedicated to rigorous and objective study of public policy issues related to sexual orientation and gender identity. The mission of our organization is to ensure that facts, not myths or stereotypes, inform laws, policies, and judicial decisions that affect the LGBTQ community.

**BACKGROUND & QUALIFICATIONS**

3. I received a B.A. in English and History from Illinois State University, an M.A. in Public Policy from the George Washington University, and a Ph.D. in Public Policy and Public Administration from the George Washington University.

4. My primary area of study is the assessment of the population size and characteristics of people who identify as transgender. This has included the development and implementation of methods to improve the quality of data on transgender people in the United States, and serving as the co-principal investigator of the U.S. Transgender Survey (2015), and the U.S. Transgender Survey (2022), the latter of which was the largest survey of transgender people conducted to date in the U.S.

5. I have authored or contributed to dozens of research products documenting the characteristics and experiences of transgender community members, including: Jody L. Herman & Andrew R. Flores, *How Many Adults and Youth Identify as Transgender in the*

*United States?*, Williams Inst., UCLA Sch. of L. (2025); Sari L. Reisner, Soon Kyu Choi, Jody L. Herman et al., *Sexual Orientation in Transgender Adults in the United States*, 23 BMC Pub. Health 1799 (2023); and Jamie L. Feldman, Winston E. Luhur, Jody L. Herman et al., *Health and Health Care Access in the U.S. Transgender Population Health (TransPop) Survey*, 9 Andrology 1707 (2021).

6. My research has been recognized by the California State Senate (Certificate of Recognition), the U.S. Department of Justice (Gerald B. Romer Award), and the National Institutes of Health (Sexual and Gender Minority Health Researcher Spotlight).

7. I have served as an expert witness in several cases pertaining to the experiences of transgender people. These include *Karnoski v. Trump*, No. 2:17-cv-1297- MJP (W.D. Wash. 2017) (Expert Report, Sep. 2018; Dep., Aug. 2020); and *Stockman v. Trump*, No. 2:17-cv-06516 (C.D. Cal. 2017) (Expert Report, Aug. 2019; Dep., Aug. 2020).

8. My research about transgender populations has also been referenced by federal courts in a number of cases, including *U.S. v. Skrmetti*, 605 U.S. 495 (2025) (population estimates, referenced without direct citation); *Hecox v. Little*, 104 F. 4th 1061, 1069 n.2 (9th Cir. 2024) (citing population estimates), *Doe v. Indep. Blue Cross*, 2022 WL 2905252, at *2 n.6 (E.D. Pa. July 22, 2022) (citing research on verbal harassment and violence from the U.S. Transgender Survey), and *Toomey v. Arizona*, 2020 WL 2465707, at *2 (D. Ariz. May 12, 2020) (citing population estimates).

9. In July of 2026, I co-authored the report *The Impact of Changes to the Federal Employees Health Benefits Program on Transgender People* (hereinafter the "FEHB Report"), which was based on data analyses I had conducted. *See* Jody L. Herman & Elana Redfield, *The Impact of Changes to the Federal Employees Health Benefits Program on Transgender People*, Williams Inst., UCLA Sch. of L. (2026), https://williamsinstitute.law.ucla.edu/wp-content/uploads/FEHB-Trans-Impact-Jul-2026.pdf.

10. I was retained by the Human Rights Campaign to provide this declaration regarding the findings of that report. I am not being compensated for this service. However, the Human Rights Campaign has agreed to cover travel expenses and accommodations if I am called upon to provide in-person testimony or otherwise travel in relation to this declaration.

11. I have personal knowledge of the facts set forth in this declaration, and if called as a witness in this action, I could and would testify competently to these facts.

**ESTIMATES OF THE NUMBER OF TRANSGENDER PEOPLE ENROLLED IN THE FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM**

12. The Williams Institute has released a series of reports documenting the impacts of federal policies under the Trump Administration on Lesbian, Gay, Bisexual and Transgender communities. As a part of that series, the FEHB Report estimates the number of people who may be impacted by the Office of Personnel Management (hereinafter "OPM")'s prohibition of coverage for gender-affirming care under the Federal Employees Health Benefits Program (hereinafter the "FEHB", and inclusive of the Postal Service Health

Benefits program). *See, e.g.*, U.S. Off. of Pers. Mgmt., Carrier Letter No. 2025-01b, *Chemical and Surgical Sex-Trait Modification Services for Plan Year 2026 Proposals* (Aug. 15, 2025).

13. In the FEHB Report, using a range of sources we estimated that at least 39,400 transgender individuals are covered by the FEHB and subject to policy changes regarding gender-affirming care.

14. Because we were not able to find a direct data source for the number of transgender people covered by the FEHB, we used three different models to estimate the number of individuals who would be affected by the policy change. Each model has unique advantages and limitations, as described below. One limitation that applies to all models is that the data sources used in these analyses do not contain information about actual utilization of FEHB by transgender people to cover gender-affirming treatments, and therefore we are only able to provide estimates of the transgender individuals who may be affected. However, I will conclude this declaration by providing information from other studies that may help give a sense for the number of transgender people who receive gender-affirming treatments in general.

15. Certain data sources are common across models. A 2016 Congressional Research Service (hereinafter "CRS") report analyzing OPM data estimated the composition of FEHB enrollees in 2015 was as follows: approximately 25% of FEHB-covered individuals were current employees, 25% were retirees, and 50% were dependents of both groups. *See* Ada S. Cornell & Ryan J. Russo, Cong. Rsch. Serv., R43922, *Federal Employees Health Benefits (FEHB) Program: An Overview* (2016), https://www.congress.gov/crs-product/R43922. We use this estimate in all three of our models. In Models 2 and 3, we also rely on the percentage of current employees (85%) and federal retirees (90%) that participate in FEHB, as described in the same CRS report. We assume these percentages remain true for the FEHB program today.

16. Model 1 relies on the OPM's 2026 estimate that 8.3 million individuals are currently enrolled in FEHB. *See* Federal Employees Health Benefits Program: Verification Requirements for Family Member Coverage, 91 Fed. Reg. 32875 (June 2, 2026). Existing research using data from the CDC's Behavioral Risk Factor Surveillance System (BRFSS) and the Youth Risk Behavior Survey (YRBS) has provided estimated percentages of adults 18-65 (.8%) and adults over age 65 (.3%) in the U.S. who identify as transgender. These percentages were then applied to four categories of FEHB beneficiary as described in the CRS report. Using this method, we estimated that 45,650 transgender individuals may be enrolled in the FEHB.

17. There are several assumptions that underly this model. First, we assume that transgender people are represented among federal workers similarly to how they are represented in the U.S. population. We also make assumptions about age groups, including the age of retirees and of dependents. This includes an assumption that dependents are a mix of adults and minors. Because we applied the adult percentage to the dependent category, this may underestimate the number of transgender dependents, because younger age groups are

more likely to identify as transgender. For example, we found in our previous analysis of YRBS data that approximately 3.3% of youth aged 13-17 identify as transgender. One additional assumption is that the universe of FEHB participants was composed in 2026 in the same general way that it was composed in the 2016 CRS report.

18. In Model 2, we relied on a direct estimate of the percentage of federal employees who identify as transgender (.6%) from the 2023 Federal Employees Viewpoint Survey and applied it to the current number of federal employees as documented by the Bureau of Labor Statistics (2,686,000). From there, we then applied the 2016 CRS estimate that 85% of federal employees are enrolled in the FEHB. We estimated the number of dependents of current employees using the same assumptions as Model 1. Applying these methods, we found that 13,700 current employees and 13,700 dependents of current employees are likely transgender. To estimate the number of retirees who are transgender, we relied on a 2023 estimate from CRS that there are just over 2.2 million federal workforce retirees. *See* Katelin P. Isaacs, Cong. Rsch. Serv., 98-972, *Federal Employees' Retirement System: Summary of Recent Trends* (2023). We then applied the percentage of adults aged 65 and over from the previous model (.3%). Next, we applied the estimate from the 2106 CRS report that 90% of retired federal workers are enrolled in the FEHB. This yielded 6,000 transgender retirees that are enrolled in the FEHB. Applying the same 1-to-1 ratio as the other model, we estimated that 6,000 dependents of retired federal employees are enrolled in the FEHB. In total, this model results in the estimate that 39,400 transgender people are covered by the FEHB.

19. Several assumptions underlie Model 2. First, we assume that the same percentage of current federal employees identify as transgender as they did in the 2023 FEVS (0.6%). Second, we assume employees' dependents are as likely to identify as transgender as current federal employees (0.6%). This approach likely undercounts transgender employee dependents because of the likely lower average age of these dependents. As in Model 1, we assume federal retirees and their dependents identify as transgender in proportions similar to the U.S. population aged 65 and older, and that the percentage distribution of FEHB by status as current employees, retirees, and their dependents is an even percentage split among the four groups (25% each). Finally, we assume that employees, retirees, and dependents of both groups who identify as transgender participate in FEHB in percentages similar to all federal employees (85%) and all retirees (90%).

20. In Model 3, we utilized the 2022 U.S. Transgender Survey (hereinafter "USTS") to estimate the number of federal employees who identify as transgender and who are enrolled in the FEHB. Although not nationally representative, findings from the USTS may produce estimates similar to what would be found in the U.S. transgender population, due to the robust size of it sample (n=92,329). *See* Sandy E. James, Jody L. Herman et al., *Early Insights: A Report of the 2022 U.S. Transgender Survey*, Nat'l Ctr. For Transgender Equal. (2024). Some findings from the smaller 2015 USTS (n=27,715) have been found to be similar to those from nationally representative surveys. Of all adult respondents to the USTS, 61.2% were employed, and 2.8% of employed respondents worked for the federal government. Applying this number to the BRFSS population estimates referenced above, we estimated that 36,000 people who identify as transgender are currently employed by the

federal government, and using the CRS estimate of FEHB enrollment, we determined that as many as 30,600 may be enrolled in the FEHB. This data source does not allow us to estimate dependents, retirees, or the dependents of retirees. Accordingly, we averaged the estimates from Models 1 and 2 to complete the estimate for Model 3.

21. As with Models 1 and 2, several assumptions underlie Model 3. First, we assume that findings from the 2022 USTS are representative of the U.S. transgender population. Although the 2022 USTS has a large sample size, the sample was drawn using non-probability sampling. This means the findings may not be representative of the transgender U.S. population overall. Finally, since we average results from Models 1 and 2 to arrive at estimates for the numbers of transgender employee dependents, retirees, and retirees' dependents, the assumptions underlying Models 1 and 2 for these groups apply here as well.

22. Each model has strengths and weaknesses. Accordingly, we consider the possible range of FEHB enrollees who identify as transgender to be between 39,400 at the lower end, and 57,800 at the upper end, with 45,650 as a lower mid-range estimate.

23. Because I do not have access to direct and complete data about gender-affirming treatments by transgender individuals enrolled in the FEHB, I cannot provide a direct estimate of the number of people affected by the new policies. However, data from the USTS may offer some insight into the number of people affected, although with the same limitations described above.

24. In a forthcoming report, my colleagues and I assessed unmet need for gender-affirming care among respondents to the USTS. *See* Ayden I. Scheim, Raksha Kopparam, Jody Herman, & Elana Redfield, *Unmet Need for Gender-Affirming Care Among Transgender People in the United States*, Williams Inst., UCLA Sch. of L. (forthcoming 2026). That report examined the gap between needed gender-affirming care among respondents to the USTS aged 16 and older, and the care they actually received.

25. Among adult respondents, we found that 55.2% had needed and received gender-affirming hormone therapy, and that 33.0% needed such treatments but had not received them. Regarding surgical care, 20.0% needed and had received such treatments, and 65.8% needed them but had not received them.

26. A limitation of the findings in our Unmet Need report is that we do not consider whether treatments were ongoing. However, the 2022 USTS survey questionnaire did capture some information relevant to this question. In an analysis for which I was not an author, researchers using 2022 USTS data considered the question of whether treatment was ongoing. *See* Ankit Rastogi et al., *Health and Wellbeing: A Report of the 2022 U.S. Transgender Survey*, Advocs. for Transgender Equal. (2025), https://transequality.org/sites/default/files/2025-06/USTS_2022Health%26WellbeingReport_WEB.pdf (hereinafter "A4TE Report").

27. In the A4TE Report, the authors concluded that 56% of adult respondents to the 2022 USTS had ever had gender-affirming hormone therapy. Of adult respondents who had ever had gender-affirming hormone therapy, the authors determined that 90% were still receiving such treatments. In other words, 50% of adult respondents to the USTS (56%x90%=50%) were currently receiving hormone treatments at the time of the survey.

28. It is unclear whether adult USTS respondents would be the same as transgender adults covered by FEHB in regard to current hormone use. However, this estimate does establish a reasonable starting point for considering the minimum number of transgender federal employees who might be affected by the policy changes. If 50% of adult transgender federal employees are receiving ongoing hormone treatment, and that is applied to the current employee component of our lowest estimate (Model 2 – 13,700), that means that at least 6,850 employees may be affected by the policy changes, not considering retirees, dependents, or dependents of retirees.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

Executed: 11/3/2026 | 2:14 PM PST

Signed by:

EF9F4E179EA0492...

JODY L. HERMAN

**Jody L. Herman**
**Reid Rasmussen Senior Scholar of Public Policy**
The Williams Institute, UCLA School of Law
1060 Veteran Ave., Suite 134
Box 951365
Los Angeles, CA 90095-1365
Tel: (310) 206-0883
Email: hermanj@law.ucla.edu

§5 EDUCATION

BA, English and History (minor in Spanish and Women's Studies), Illinois State University, 1999
MA, Public Policy, The George Washington University, 2004
PhD, Public Policy and Public Administration, The George Washington University, 2010

§6 PREVIOUS EMPLOYMENT

Manager – Title Searching Department, Residential Title Services, Inc., 1999-2002
Escrow Manager, Greenstein, DeLorme, and Luchs, P.C., 2002-2007
Research Intern, Institute for Women's Policy Research, 2004
Research Fellow, Institute for Women's Policy Research, 2004-2005
Graduate Teaching Assistant, The George Washington University, 2005-2006
Graduate Research Assistant, The George Washington University, 2006-2007
Research Consultant, Project Vote, 2007-2010
Research Consultant, The National Gay and Lesbian Task Force, 2010-2013
Research Consultant, The National Center for Transgender Equality (NCTE), 2014-2017
Research Consultant, Advocates for Transgender Equality (formerly NCTE), 2021-2025

UCLA SERVICE

§7 ACADEMIC AND ADMINISTRATIVE TITLES

The Williams Institute, School of Law, 2010-present
Reid Rasmussen Senior Scholar of Public Policy, 2021-present
Scholar of Public Policy, 2014-2021
Manager of Transgender Research, 2012-2014
Peter J. Cooper Public Policy Fellow, 2010-2014

§8 LAW SCHOOL COURSES TAUGHT

Invited lecturer for the following law school courses:
*LGBT Law and Public Policy*, instructors Gary Gates and R. Bradley Sears, November 2011
*Law & Sexuality*, instructor Douglas NeJaime, October 2015
*Modes of Legal Inquiry*, instructor R. Bradley Sears, April 2015, April 2016
*Modes of Legal Inquiry*, instructor Nancy Polikoff, March 2017
*Modes of Legal Inquiry*, instructor Christy Mallory, February 2018
*Modes of Legal Inquiry*, instructor Jocelyn Samuels, April 2019

*LGBT Law & Policy* (Law 165)*,* instructors Jocelyn Samuels and Christy Mallory, April 2020

§9 LAW SCHOOL COMMITTEE MEMBERSHIP
N/A

§10 LAW SCHOOL--OTHER SERVICE
N/A

§11 OTHER UNIVERSITY TEACHING
Invited lecturer for the following courses:
*Sociology of Sex and Gender*, instructor Sarah Benatar, The George Washington University, June 2004
*Introduction to Women's Studies*, instructor Ami Lynch, The George Washington University, October 2004
*Introduction to Women's Studies*, instructor Susanne Beechey, The George Washington University, October 2004, February 2005, September 2005, October 2007
*Policy, Gender, and Inequality*, instructor Cynthia Deitch, The George Washington University, October 2008
*Research Issues in Women's Studies*, instructor Cynthia Deitch, The George Washington University, December 2005, November 2009, February 2010
*Introduction to U.S. Politics and Policymaking*, instructor Susanne Beechey, Whitman College, September 2012
*Queer Politics and Policy*, instructor Susanne Beechey, Whitman College, September 2012
*Program Evaluation*, instructor Laura Myerchin-Sklaroff, California State University - Northridge, December 2012, April 2013, June 2015
*Law & Sexuality*, instructor Douglas NeJaime, University of California – Irvine, School of Law, October 2013
*Human and Economic Development of LGBT Populations*, instructor Andrew Park, University of California – Los Angeles, UCLA International Institute, October 2016
*Beyond the Headlines*, instructor Maxwell Epstein, University of California – Los Angeles, UCLA Extension, March 2017
*Queer Studies* (Gender 380), instructor Chris VanderStouwe, Boise State University, December 2020
*Public Health 313: LGBTQ+ Health Promotion: Local and Global Strategies*, instructor Gary Harper, with co-lecturers Bianca Wilson and Christy Mallory, Online, University of Michigan, March 2022

§12 ACADEMIC SENATE COMMITTEE MEMBERSHIP
N/A

§13 ACADEMIC SENATE--OTHER SERVICE
N/A

§14 OTHER UNIVERSITY SERVICE AND ACTIVITIES

President's Advisory Council on LGBT Students, Faculty, and Staff, University of California Office of the President, appointed by UC President Janet Napolitano, 2014-2015, 2015-2016

Committee Member, California Health Interview Survey (CHIS) Adult Technical Advisory Committee for the 2017-2018 cycle, UCLA Center for Health Policy Research, 2016-2017

Affiliated Faculty, California Center for Population Research, UCLA, 2017-present

Member, Organizing Committee, Williams Institute & National Institutes of Health Sexual and Gender Minority Regional Workshop, UCLA, 2018-2019

Committee Member, California Health Interview Survey (CHIS) Adult Technical Advisory Committee for the 2019-2020 cycle, UCLA Center for Health Policy Research, 2018-2020

Dissertation Committee Member, Dana Cea, Rehabilitation Counseling and Administration, Department of Addictions and Rehabilitation Studies, East Carolina University, 2019-2021

Member, SOGI Working Group, California Health Interview Survey, 2021-2022 cycle, UCLA Center for Health Policy Research, 2020-2021

Advisory Board Member, California LGBT Community Survey (follow-on study), UCLA Center for Health Policy Research, 2020-2022

Faculty Representative, accreditation process for the UCLA Office of the Human Research Protection Program, conducted by the Association for the Accreditation of Human Research Protection Programs, Inc. (AAHRPP), 2022

Co-Chair, SOGI Working Group, California Health Interview Survey, 2023-2024 cycle, UCLA Center for Health Policy Research, 2022-2024

Co-Chair, SOGI Working Group, California Health Interview Survey, 2025-2026 cycle (2024-present)

Advisory Board Member, California Health Interview Survey (2024-present)

§15 ADDITIONAL ACADEMIC AND OTHER APPOINTMENTS

N/A

§16 MEMBERSHIPS IN PROFESSIONAL SOCIETIES

American Public Health Association (APHA)
American Society for Public Administration (ASPA)
Association for Public Policy Analysis and Management (APPAM)
Association for Gender Research, Education, Academia & Activism (AGREAA)

§17 SERVICE TO PROFESSIONAL SOCIETIES AND ORGANIZATIONS

Chair, Health Policy Track, 2015 National Transgender Health Summit, San Francisco, CA, April 17-18, 2015, 2014-2015

Advisory Board Member, ILGA/RIWI Global Survey on Attitudes to LGBTI People, 2016-2017

Country of Origin specialist, International Refugee Rights Initiative (IRRI), 2016-present

Member, Scientific Committee and Local Organizing Committee, 2017 US Professional Association for Transgender Health Conference, Los Angeles, CA, 2016-2017
Mentor, Interdisciplinary Research Leaders, a program of the Robert Wood Johnson Foundation, 2017-2020
Advisory Board Member, United States Secular Survey, American Atheists Organization, 2019-2020
Member, International Advisory Board, An International Exploration of Transmasculine Practices of Reproduction, Principal Investigator: Sally Hines, funded by the Economic and Social Research Council (ESRC), 2017-2020
Member, Coalition for Demographic Data Equity (CODDE), led by the California LGBTQ Health and Human Services Network, 2020-present
Grant reviewer, Lesbian Health Fund, a program of GLMA, 2022
Mentor, Robert Wood Johnson Foundation's Health Equity Scholars for Action, mentee Loren Bauerband, 2022-2024

§17a COMMUNITY SERVICE

Volunteer, Medical & Dental Missions – Northwest Mexico, World Relief, 1989-1999
Volunteer, NWMF Program Coordinator, Women in the Arts, Inc., 1997-2010
Volunteer, HIV Harm Reduction - Outreach Van, Helping Individual Prostitutes Survive (HIPS), 2002-2004
Volunteer, Policy Development & Implementation, Coalition to Clarify the DC Human Rights Act / DC Trans Coalition, 2005-2010
Committee Member, Policy and Advocacy Committee, The Trevor Project, 2017

§17b CONSULTING ACTIVITIES

Expert: *Taipale v. U.S. Office of Personnel Management*, Equal Employment Opportunity Commission, Seattle Field Office, Judge Molly Powell, Case No. 551-2014-00148X. (Consultation, June 2014).
Expert: *Cabading v. California Baptist University*, Superior Court of California in and for the County of Riverside, Judge Gloria Connor Trask, Case No. RIC1302245. (Deposition, July 2014).
Expert: *Karnoski, et al. v. Trump, et al.*, United States District Court Western District of Washington at Seattle (appeal pending in the 9th Circuit), Case No. 2:17-cv-1297-MJP. (Expert Report, September 2018; Deposition, August 2020).
Expert: *Adree Edmo v. Idaho Department of Correction, et al.*, United States District Court for the District of Idaho (appeal pending in the 9th Circuit), Case No. 1:17-cv-00151-BLW. (Amicus Brief, April 2019).
Expert: *Stockman, et al. v. Trump, et al.*, United States District Court for Central California, Case No. 2:17-cv-06516. (Expert Report, August 2019; Deposition, August 2020).

§17c OTHER PROFESSIONAL ACTIVITIES

N/A

§18 SERVICE ON EDITORIAL BOARDS/EDITORIAL SERVICE TO SCHOLARLY PUBLICATIONS

Reviewer for:
AIDS and Behavior
American Journal of Preventive Medicine
American Journal of Public Health
Annals of Behavioral Medicine
Annals of LGBTQ Public and Population Health
Archives of Suicide Research
Demography
International Journal of Environmental Research and Public Health
International Journal of Communication
International Journal of Transgenderism
Journal of Adolescent Health
Journal of Homosexuality
Journal of Official Statistics
Journal of Preventive Medicine
Journal of Women's Health
Law & Society
Laws
LGBT Health
Medical Care
National Academies of Sciences, Engineering, and Medicine
New England Journal of Medicine
Psychology of Sexual Orientation and Gender Diversity
Sexuality Research and Social Policy
Spatial Demography
The Sociological Quarterly
Transgender Health

§19 SERVICE TO EDUCATIONAL AND GOVERNMENTAL AGENCIES

Grant reviewer, Health Resources and Services Administration (HRSA), U.S. Department of Health and Human Services (HHS), 2012-present

Invited participant, Methods and Measurement in Sexual & Gender Minority Health Research Workshop, National Institutes of Health, Sexual and Gender Minority Research Office, Bethesda, MD, April 3-4, 2018

Co-organizer, National Institutes of Health Sexual and Gender Minority Regional Workshop, UCLA, Los Angeles, CA, 2019

Advisory Committee Member, Technical Advisory Committee on DEI Data Categories, Law School Admissions Council (LSAC), 2021

Advisor, SOGI data collection, U.S. Federal Entities: White House Executive Office of the President, Domestic Policy Council, Equitable Data Working Group, U.S. Digital Service, and Consumer Finance Protection Bureau, 2021

Invited participant, Phases II, III, and IV of the NIH Scientific Workshop on Violence & Related Health Outcomes in Sexual & Gender Minority Communities, National Institutes of Health, Sexual and Gender Minority Research Office, 2021

Reviewer, "Measuring Sex, Gender Identity, and Sexual Orientation for the National Institutes of Health," National Academies of Sciences, Engineering, and Medicine, 2021

Invited participant, SOGI Administrative Data Listening Session, hosted by the Subcommittee on Sexual Orientation, Gender Identity, and Variations in Sex Characteristics (SOGI) Data, Interagency Working Group on Equitable Data, co-chaired by the Office of Science and Technology Policy (OSTP) and the Office of Management and Budget (OMB), facilitated by Christina Dragon, 2022

Grant reviewer, NICHD Special Emphasis Panel (SEP), 2024

Invited participant, "Census Bureau LGBTQIA+ External Stakeholder Meeting" hosted by the U.S. Census Bureau, facilitated by Amy Symens Smith, Sr. Demographer, Sex, Age & Gender Identity, Population Division, 2024

Invited panelist, "TSPPPA PhD Alumni Panel: Careers Outside of Academia" with co-panelists Seth Brown, Danielle Gilmore, Robin McKinnon, and Estelle Raimondo, moderated by Burt Barnow, hosted by Career Development and Alumni Services, Trachtenberg School of Public Policy and Public Administration, The George Washington University, Online, October 22, 2024.

§20 INVITED LECTURES, PAPERS AT MEETINGS, AND SIMILAR ACTIVITIES

Guest speaker, "Bathrooms and Gender Regulation: Policy Needs for Safe Public Bathrooms" The Institute for Women's Policy Research Biennial Conference, Washington, DC, 2005

Guest speaker, "Bathrooms as a Site of Gender Regulation: Policy Implications at the Intersection of Gender and Public Bathroom Facilities," Interdisciplinary Studies Graduate Student Conference, University of Maryland – College Park, 2006

Guest speaker, "The Built Environment and Gender Regulation: Public Policy Implications at the Intersection of Gender Variance and Public Bathrooms," Association for Public Policy Analysis and Management (APPAM) annual conference, Madison, WI, 2006

Paper presentation, "Evaluating the NVRA with County-Level Data and Indicators of Compliance: A Multi-level Regression Analysis," co-presented with Douglas R. Hess presented at the American Political Science Association annual meeting, Boston, MA, 2008

Panelist, "Trans Activism, Theory-building, Social Justice," Supporting Social Movements: The Fifth Annual Public Anthropology Day, American University, 2008

Guest speaker, "Gender Regulation in the Built Environment: gender-segregated facilities and the movement for change in Washington, DC," Reinstating Transgression: Emerging Political Economies of Queer Space, American University, 2010

Guest speaker, "Gender Regulation in the Built Environment: gender-segregated facilities and the movement for change in Washington, DC," UCLA Queer Studies Conference, University of California – Los Angeles, 2010

Guest speaker, "Did They Just Say That? Responding to Myths about LGBT People," co-presented with Gary Gates and Craig Konnoth, The National Conference on LGBT Equality: Creating Change, Minneapolis, MN, 2011

Guest speaker, "Designing a Survey and Using Data to Secure Protections for LGBT People," co-presented with Christy Mallory and Masen Davis, The National Conference on LGBT Equality: Creating Change, Minneapolis, 2011

Guest speaker, "New Research on LGBT Employment Discrimination," co-presented with M.V.L. Badgett, Marieka Klawitter, and Kristen Schilt, moderated by Chai Feldblum, Williams Institute 10th Annual Update Conference, Los Angeles, CA, 2011

Panelist (CLE), "LGBT Law & Policy Update," with Gary Gates, Kellan Baker, and Jillian Weiss, moderated by Stacey Long, Williams Institute Spring Reception, Washington, DC, 2011

Guest speaker, "Social Science Research on LGBT Law and Policy Issues," co-presented with Gary Gates and Ilan Meyer, moderated by Jenny Pizer, Lavender Law Conference, Los Angeles, CA, 2011

Guest speaker, "Making Up Working Women: Enforcing Workplace Gender Norms through Appearance Codes," co-presented with Jenny Pizer and Jeanne Cordova, UCLA Queer Studies Conference, University of California – Los Angeles, 2011

Guest speaker, "Injustice at Every Turn: The Results of the National Transgender Discrimination Survey," co-presented with with Lisa Mottet, The National Conference on LGBT Equality: Creating Change, Baltimore, MD, 2012

Panelist, "Taking the Research Further: Next Steps in Research for the National Transgender Discrimination Survey," with Jaime Grant, The National Conference on LGBT Equality: Creating Change, Baltimore, MD, 2012

Panelist, "Making the Law Work for You," with J. Rhodes Perry, The National Conference on LGBT Equality: Creating Change, Baltimore, MD, 2012

Event moderator, "Why the Trans Movement is Moving Closer to Equality: A Conversation with Mara Keisling," event co-sponsored by The Williams Institute, LGBT Studies UCLA, and the Department of Social Welfare in the UCLA Luskin School of Public Affairs, Los Angeles, CA, 2012

Paper commenter, "Junior Scholars," on Ann E. Tweedy's paper "Empirical Project on Employment Discrimination Against Bisexuals," National LGBT Bar Association 2012 Lavender Law Conference & Career Fair, Washington, DC, 2012

Panelist, "Making Up Working Women: Enforcing Gender Conformity through Workplace Appearance Codes," with Jenny Pizer and Jillian Weiss, National LGBT Bar Association 2012 Lavender Law Conference & Career Fair, Washington, DC, 2012

Invited keynote speaker, "Injustice at Every Turn," Politics Department, Whitman College, Walla Walla, WA, 2012

Paper presentation, "Cross Cutting Issues in LGBT Health," co-presented with Ilan Meyer, Gary Gates, and Laura Durso, moderated by Theo Sandfort, presented paper "Gendered Restrooms and Minority Stress: The public regulation of gender and its impact on transgender people's lives," American Public Health Association 140th Annual Meeting & Expo, San Francisco, CA, 2012

Guest speaker, "A Gender Not Listed Here," co-presented with Jaime Grant, The National Conference on LGBT Equality: Creating Change, Atlanta, GA, 2013

Guest speaker, "Community-based Surveys: Collecting and Using Data to Secure Protections for LGBT People," co-presented with Masen Davis, The National Conference on LGBT Equality: Creating Change, Atlanta, GA, 2013

Paper presentation, "Social Equity and the Intersection of Same Sex Marriage: A New Understanding of Partnership in 21st Century America," co-presented with Richard Johnson, Lorenda Naylor, and Zachary Child, moderated by Heather Wyatt-Nichol, presented paper “Patterns of Relationship Recognition by Same-Sex Couples in the United States,” co-authored with M.V.L. Badgett, American Society for Public Administration 2013 Annual Conference, New Orleans, LA, 2013

Invited speaker, "Still Serving in Silence: Transgender Service Members and Veterans in the National Transgender Discrimination Survey," The Palm Center, Oakland, CA, 2013

Moderator, "Gender-related Survey Measures and Transgender Health," with panelists JoAnne Keatley, Emilia Lombardi, Sari Reisner, and Kellan Baker, 2013 National Transgender Health Summit, Oakland, CA, 2013

Guest speaker, "Costs and Benefits to Employers of Providing Transition-related Health Care Coverage to Employees," 2013 National Transgender Health Summit, Oakland, CA, 2013

Panelist (CLE), "Navigating Insurance Coverage for Trans* Clients," with M. Dru Levasseur and Rev. Moonhawk River Stone, Philadelphia Trans-Health Conference, Philadelphia, PA, 2013

Panelist, "Making Trans People Count: Trans and Gender Non-conforming Data Collection in Policy and Practice," with Alison Gill, Scout, and Kellan Baker, Philadelphia Trans-Health Conference, Philadelphia, PA, 2013

Panelist, "Disenfranchisement for All?: The Continuing Problem of Voter Suppression," with Larry Hoyt and David Rosenblum, National LGBT Bar Association 2013 Lavender Law Conference & Career Fair, San Francisco, CA, 2013

Paper presentation, "Gender Identity and Trans/Gender-variant People’s Health," co-presented with Sari Reisner, Sel Hwahng, Victoria Adams, and Janelle Downing, presenting paper “Best Practices for Asking Gender-related Questions on Surveys,” American Public Health Association 141st Annual Meeting & Expo, Boston, MA, 2013

Paper presentation, "Suicide Risk and Prevention in Transgender Communities," co-presented with JoAnne Keatley and Danielle Castro, presenting paper “Suicide Attempts among Transgender and Gender Non-Conforming Adults: Findings of the National Transgender Discrimination Survey,” American Foundation for Suicide Prevention Conference on LGBT Suicide Risk & Prevention, San Francisco, CA, 2014

Guest speaker, "LGBTI Health: Sexual Orientation and Gender Identity Data at Population and Clinical Levels," co-presented with JoAnne Keatley, Harvey Makadon, and Karen Walsh, Conference on Current Issues in Lesbian, Gay, Bisexual, Transgender, and Intersex (LGBTI) Health Research, Baldwin-Wallace University, Berea, OH, 2014

Panelist, "Panel on Transgender, Gender Identity, and Gender Roles," with Todd Brower, Amira Hasenbush, and Susan Landon, presented as part of the 2014 Regional Training Programs for the Family Dispute Resolution (FDR) Orange, CA, June 6,

2014; Los Angeles, CA, October 3, 2014; Sacramento, CA, October 23, 2014; San Francisco, CA, November 2014

Guest speaker, "Sexual Orientation and Gender Identity Diversity in Entertainment: Experiences and Perspectives of SAG-AFTRA Members," co-presented with M.V. Lee Badgett, SAG-AFTRA LGBT Town Hall, Los Angeles, CA, 2014

Paper presentation, "Trends in U.S. Demographics: Tools For Leaders," co-presented with Craig Jacobs and William Street, moderated by Health A. Doggett, presenting paper “Costs and Benefits to Employers of Providing Transition-related Health Care Coverage to Employees,” AZA/IMATA Annual Conference, Orlando, FL, 2014

Guest speaker, "Is it worth it? Employers’ Experiences Providing Transgender Health Benefits," co-presented with Jamison Green and Heather Wales, presenting paper “Costs and Benefits to Employers of Providing Transition-related Health Care Coverage to Employees,” Out & Equal Workplace Summit, San Francisco, CA, 2014

Panelist, "Academic and Advocacy Connections," with Michael Tew and Alyssa Samek, moderated by Michael Tew, The National Conference on LGBT Equality: Creating Change, Denver, CO, 2015

Panelist, "Dissed at the Polls: Why are Trans Voters Being Blocked from the Ballot Box?" with Patrick Paschall, Aisha Moody-Mills, and Sandy James, The National Conference on LGBT Equality: Creating Change, Denver, CO, 2015

Guest speaker, "Documenting Inequality," co-presented with Meghan Maury and Alison Gill, The National Conference on LGBT Equality: Creating Change, Denver, CO, 2015

Panelist, "The Future of LGBT Mental Health Research," with Ilan Meyer and John Blosnich, moderated by Shelby Rowe, Research to Practice: Suicide Prevention for LGBT Communities Conference, hosted by the American Foundation for Suicide Prevention’s San Francisco Bay Area Chapter, San Francisco State University, San Francisco, CA, 2015

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Research to Practice: Suicide Prevention for LGBT Communities Conference, hosted by the American Foundation for Suicide Prevention’s San Francisco Bay Area Chapter, San Francisco State University, San Francisco, CA, 2015

Session moderator, "Data Collection to Advance Transgender Health," panelists Kellan Baker, Sari Reisner, JoAnne Keatley, and Cheryl Radeloff, 2015 National Transgender Health Summit, Oakland, CA, 2015

Panelist, "Good Data/Good Policy: Understanding the LGBT Community and Addressing Its Needs," with Adam Romero, moderated by Jonathan Capehart, Williams Institute Spring Reception, Washington, DC, 2015

Invited keynote speaker, "Transgender Research and Public Policy," On the Road to LGBTQ Equality: The Transgender Experience, hosted by the U.S. Attorney’s Office, Federal Bureau of Prisons, Federal Public Defender’s Office, U.S. Bankruptcy Court, and the U.S. District Court, Los Angeles, CA, 2015.

Guest speaker, "Community-Centered Research: Lessons from the 2015 U.S. Trans Survey," co-presented with Sandy James and Ignacio Rivera, Creating Change Conference, Chicago, IL, 2016

Guest speaker, "Quant Jocks, Data Geeks, and Qualitative Queens: Research and LGBT People," co-presented with Naomi Goldberg, Stuart Michaels, and Emily Waters, Creating Change Conference, Chicago, IL, 2016

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Research to Practice: Suicide Prevention for LGBT+ Communities Conference, hosted by the American Foundation for Suicide Prevention's Nebraska Chapter, La Vista, NE, 2016

Guest speaker, "Addressing Discrimination & Economic Inequality for LGBT People," co-presented with Christy Mallory, M.V. Lee Badgett, and Masen Davis, moderated by Rahcel Moran, Williams Institute 15th Annual Update Conference, Los Angeles, CA, 2016

Invited panelist, "Catalyzing Efforts to Collect SGM Data," Telling Our Stories (NIH Pride Month Series), hosted by the Office of Equity, Diversity & Inclusion, the Sexual & Gender Minority Research Office, and the National Institute on Minority Health & Health Disparities, National Institutes of Health, Bethesda, MD, 2016

Panelist, "Every Voice Counts! Results of the 2015 U.S. Trans Survey," with Susan Rankin, Ignacio Rivera, and Sandy James, 15th Philadelphia Trans Health Conference, Philadelphia, PA, 2016

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Conference on Suicide Prevention in LGBTQ Communities, hosted by the American Foundation for Suicide Prevention's North Carolina Chapter, Asheville, NC, 2016

Invited webinar speaker, "Basic Human Needs: Ensuring Transgender People's Access to Restrooms," hosted by Myron B. Thompson School of Social Work's Continuing Education and Professional Development Program, University of Hawai'i, Manoa, 2016

Poster presentation, "Sexual victimization of incarcerated transgender people in the United States: Findings and limitations based on the National Inmate Survey (NIS-3)," American Public Health Association's APHA 2016 Annual Meeting & Expo, Denver, CO, 2016

Guest speaker, "Every Voice Counts! Results of the 2015 U.S. Transgender Survey," co-presented with Sandy James and Joanna Cifredo, Creating Change Conference, Philadelphia, PA, 2017

Guest speaker, "Breaking Down the Data: Understanding Research on the LGBT Community," co-presented with Naomi Goldberg and Alex Sheldon, Creating Change Conference, Philadelphia, PA, 2017

Guest speaker, "Health Outcomes in U.S. Transgender Communities: Results from the 2015 U.S. Transgender Survey," co-presented with Sandy James and Mara Keisling, 2017 USPATH Los Angeles Symposium, Los Angeles, CA, 2017

Guest speaker, "The Williams Institute: Current Research," co-presented with Ilan H. Meyer, Bianca D.M. Wilson, and Kerith Conron, 2017 USPATH Los Angeles Symposium, Los Angeles, CA, 2017

Invited panelist, "Dignity, Law, and Transgender Lives," co-presented with Joshua Block and moderated by Steve Sanders, hosted by the Maurer School of Law, Indiana University, Bloomington, IN, 2017

Guest speaker, "Changing the Landscape on Gender Identity Data Collection," co-presented with Sandy James, Bianca D.M. Wilson, and Adam P. Romero, moderated by Kerith Conron, Williams Institute 16th Annual Update Conference, Los Angeles, CA, 2017

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Stronger Communities: LGBTQ+ Suicide Prevention Conference, hosted by the American Foundation for Suicide Prevention's New York Chapter, Fishkill, NY, 2017

Moderator, "What do we know?: Polling evidence, experiments & the National Trans Survey," panelists Jami Taylor and Sandy James, Coming of Age: Transgender Summit, Chapel Hill, NC, 2017

Webinar presentation, "Collecting Data about Gender Identity," co-presented with Greta Bauer and Angelo Brandelli Costa, moderated by Andrew Park, hosted by The Williams Institute, UCLA School of Law, 2017

Guest speaker, "TRANScending Data Gaps: Advances in Transgender Research Using Survey and Administrative Data," co-presented with Jennifer Truman, Christina N. Dragon, and Paul Guerino, discussant Karen Parker, presenting "Measuring Transgender Health in the US: Findings from the 2015 US Trans Survey and the TransPop Project," Joint Statistical Meeting, Baltimore, MD, 2017

Webinar presentation, "CHIS Data Release Seminar," co-presented with Ninez Ponce, Todd Hughes, and Bianca Wilson, hosted by the UCLA Center for Health Policy Research, UCLA, 2017

Paper presentation, "Effect of gender transition-related health care utilization on suicidal thoughts and behaviors: Findings from the 2015 U.S. Transgender Survey," J.L. Herman (presenter), K.J. Conron, R. Reisner, and A. Haas, Annual Meeting of the American Public Health Association, Atlanta, GA, 2018

Invited speaker, "Opening remarks," Los Angeles Community College District & TransCanWork.org Transgender Summit, Los Angeles, CA, 2018

Guest speaker, "Education and Employment: What and Why it Matters for Transgender and Gender Non-conforming People," co-author K.J. Conron and T.N.T. Brown, Los Angeles Community College District & TransCanWork.org Transgender Summit, Los Angeles, CA, 2018

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Stronger Communities: LGBTQ+ Suicide Prevention Conference, hosted by the American Foundation for Suicide Prevention's Little Rock Chapter, Little Rock, AR, 2018

Paper presentation, "Demographic and Health Characteristics of Gender Minority Adults & Youth in California: Findings from the 2015-2016 California Health Interview Survey," J.L. Herman (presenter), B.D.M. Wilson, T.L. Becker, S. Choi, and K.J. Conron, Williams Institute 17th Annual Update Conference, Los Angeles, CA, 2018

Invited speaker, "Transgender Population Demographics, Experiences, and Public Policy," Boston College Workforce Roundtable Meeting, hosted by the Boston College Center for Work & Family, Seattle, WA, 2018

Invited speaker, "LGBTI data collection – Where are we? Good Practice and guidelines," International Conference on Sexual Orientation, Gender Identity and Intersex Status

Research: Data Collection, Analysis, Social and Policy Engagement, hosted by the UN Development Programme (UNDP) and The Sexualities Research Programme and Gender Studies Programme of the The Chinese University of Hong Kong, Hong Kong, 2018

Invited presentation, "Identifying Gender Minorities in U.S. Population-based Surveys: Current Measurement Research with the California Health Interview Survey and Gallup," Gender Diversity in Survey Research Workshop, University of Gothenberg, Gothenberg, Sweden, 2018

Invited speaker, "Identifying Gender Minorities in U.S. Population-based Surveys," Judicial Council of California, Advisory Committee on Providing Access & Fairness and the Judicial Council Forms Working Group, 2018

Paper presentation, "'Male' and 'female' is not enough: Replacing the standard binary gender question on population-based surveys," Herman, J.L. (presenter), T. Becker, R. Reisner, E. Krueger, T. Hughes, I.H. Meyer, W. Bockting, and B.D.M. Wilson, Annual Meeting of the American Public Health Association, San Diego, CA, 2018

Invited speaker, "Perilous Participation: Research into Violence against Transgender People," Society for Social Work and Research Annual Conference, San Francisco, CA, 2019

Invited speaker, "Latinx, Trans, and Woman," Race, Language, and the Law Conference, UCLA School of Law, Los Angeles, CA, 2019

Panelist, "Establishing a Career in SGM Health Research (LRP, Fs, Ks, R21s)," with Annesa Flentje, Jerel Calzo, Shannon Dunlap, Jason Flatt, and Jeremy Goldbach, Sexual and Gender Minority Regional Workshop, UCLA, Los Angeles, CA, 2019

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Stronger Communities: LGBTQ+ Suicide Prevention Conference, hosted by the American Foundation for Suicide Prevention's North Dakota Chapter, Fargo, ND, 2019

Invited speaker and panelist, "Bathroom Panic" & Voting Rights: Opportunities in the States. Presentation plus panel discussion with Andrew Flores, Kasey Suffredini, Lestain McNeal, and Kerith Conron (moderator), A Larger Map – New Opportunities for LGBTQ Rights Created by Election 2018, The Williams Institute's 18th Annual Update Conference, Los Angeles, CA, 2019.

Invited plenary speaker, "Suicide Risk and Prevention among Transgender People," Stronger Communities: LGBTQ Suicide Prevention Conference, hosted by the American Foundation for Suicide Prevention's Indiana Chapter, Indianapolis, IN, 2019

Invited opening plenary panelist, "Findings from a U.S. Transgender Population Study" with Ilan H. Meyer, Sari Reisner, Jamie Feldman, Tonia Poteat, and Walter Bockting, USPATH Conference, Washington, DC, 2019

Paper presentation, "Effect of Gender Affirming Health Care in Reducing Suicide Attempts: A survival analysis approach with the 2015 U.S. Transgender Survey," Herman, J. (presenter), Conron, K., Brown, T., Haas, A., Liu, S., Weller, E., and Reisner, R., USPATH Conference, Washington, DC, 2019

Panelist, "The U.S. Transgender Survey: Looking Back at 2015 and Looking Ahead to 2020," with Mara Keisling, USPATH Conference, Washington, DC, 2019

Paper presentation, "Suicide Thoughts and Attempts among Transgender Adults:

Findings from the 2015 US Trans Survey," Jody Herman (presenter), Brown, T., and Haas, A., "Disrupting Inequality: Poverty, Violence, and Suicide among LGBT People and What To Do About It," webinar hosted by the Williams Institute, 2020

Invited speaker, "Honoring Gender Identity & Social Justice in Social Work Practice," webinar hosted by the Department of Social Work, University of Hawaii at Manoa, 2020

Webinar presentation, "Gender Identity Disparities in Criminal Victimization: NCVS 2017-2018," with Lynn Langton, Ericka Dixon, and Andrew Flores, moderated by Ilan Meyer, webinar entitled "Victimization of Sexual and Gender Minorities in the US," hosted by The Williams Institute, UCLA School of Law, 2021

Invited panelist, "Dissemination of Research Findings: Research to Practice, Policy and Community," with Maddie Deutsch and Gaines Blasdel, moderated by Jae Downing, Transgender and Non-Binary Surgery – Allied Research Collective Summit, Online, 2021

Invited presentation, "Minority Stress and Health of Transgender People: Results from NIH-funded TransPop Survey," with Ilan H. Meyer, Sari L. Reisner, and Tonia Poteat, for SGMRO Pride Month Scientific Webinar, hosted by NIH Sexual & Gender Minority Research Office, Online, 2021

Invited panelist, "Pronouns & Gender Identity," with Ginny Beemyn and Audrey Grossman, moderated by Tiffany Williams, hosted by Venable, Online, 2021

Invited lecture, "Trans People in the USA: Characteristics, Experiences, and the Public Policy Landscape," hosted by Texas PFLAG Fort Worth, Online, 2021

Webinar organizer and panelist, "Transgender People and the Evolving Public Policy Landscape" with Andrew Flores and Vivian Topping, hosted by the Williams Institute, Online, 2021

Invited panelist, "Playing with Inclusion, Assessing the Crossroads of Gender & Sport," with Dani-Alexander-Burk, Asaf Orr, and Anna Posbergh, moderated by Wendy Motch-Ellis, hosted by NIRSA, Online, 2021

Invited panelist, "Transgender Inclusivity in the Workplace," with co-panelists Amit Paley and Sasha Alexander, moderated by David Baboolall, hosted by McKinsey & Company, Online, 2021

Webinar co-organizer and panelist, "Gaps in Health Care Access Among LGBT Adults in California" with co-panelists Sue Babey and Bianca Wilson, hosted by the UCLA Center for Health Policy Research, Online, 2022

Invited plenary speaker, "Suicide Risk and Prevention Among Transgender People," Stronger Communities: LGBTQ Suicide Prevention (conference), hosted by the American Foundation for Suicide Prevention, Rowan University, Glassboro, NJ, 2022.

Invited lecture, "Violent Victimization, IPV, and Sexual Assault Experiences Among Transgender Adults," hosted by the USC Center for LGBTQ Health Equity, Online, 2022

Invited seminar discussant, "Beyond Assessing Risk: The Unmet Need for Including Sexual Orientation and Gender Identity in Administrative Data Systems," presenter John Blosnich, moderator Walter Bockting, hosted by the Division of Gender, Sexuality, & Health, Department of Psychiatry, Columbia University, LGBTQI+ Health Series Seminar, Online, 2022.

Invited plenary speaker, "Suicide Risk and Prevention Among Transgender People," Stronger Communities: LGBTQ Suicide Prevention (conference), hosted by the American Foundation for Suicide Prevention, Salt Lake City, UT, 2022.

Invited online recorded lecture, "Sexual and Gender Minorities: Transgender People in the United States," for the Beijing LGBT Center, 2022.

Paper presentation, "Mental Health Outcomes among Gender Minority Young Adults in the US," Yu-Chi Wang (presenter), Tabor Hoatson, Catherine Stamoulis, Jody L. Herman, Sari L. Reisner, Ilan H. Meyer, and Sabra L Katz-Wise, National LGBTQ Health Conference, Chicago, IL, 2022.

Paper presentation, "Substance Use among U.S. Gender Minority Young Adults Across Gender Identity, Race and Ethnicity, and Sexual Orientation," Tabor Hoatson (presenter), Yu-Chi-Wang, Catherine Stamoulis, Jody L. Herman, Sari L. Reisner, Ilan H. Meyer, Sabra L. Katz-Wise, WPATH 27th Scientific Symposium, Montreal, Quebec, Canada, 2022.

Paper presentation, "Trans Young Adults' K-12 Experiences of Gender-Related Mistreatment: an Intersectional Multilevel Analysis," Wang, Y.-C. (presenter), Beccia, A.L. Korkodilos, R., Herman, J., Katz-Wise, S.L., LGBTQI+ Studies Pre-Conference at the European Association of Social Psychology General Meeting, Krakow, Poland, June 30, 2023.

Invited panelist, "Queering the Census: Urgent Opportunity to Support LGBTQI+ Data Inclusion to Advance Equity" with co-panelists and Clermon Eugene Acklin III, Caroline Medina, and Luis Vasquez, moderated by Naomi Goldberg, hosted by Movement Advancement Project, Online, 2023.

Invited panelist, "We Make It Better: Trans and Nonbinary Resilience, Resistance, and Self-Reliance" with co-panelists Sergio Dominguez, Paz Galupo, Jenifer McGuire, Anneliese Singh, hosted by Genny Beemyn and Abbie Goldberg, editors of *The Sage Encyclopedia of LGBTQ+ Studies*, Online, 2024.

Paper presentation, "Change in Mode, Change in Content, or Change in Trends? Disentangling Trends in the Identification of Transgender Population in the California Health Interview Survey after Methodological Redesign," Tara Becker (presenter), Jiangzhou Fu, Jody Herman, Todd Hughes, and Ilan Meyer, 79th Annual AAPOR Conference, Atlanta, GA, 2024.

Paper presentation, "Translating Sex and Gender: Performance of Spanish and Asian Language Translations of a Two-Step Gender Identity Sequence," Tara Becker (presenter), Jiangzhou Fu, Jody Herman, Todd Hughes, and Ilan Meyer, 79th Annual AAPOR Conference, Atlanta, GA, 2024.

Paper presentation, "Improving SOGI Items for Spanish Speakers in the US," Alisú Schoua-Glusberg (presenter), Daniela Glusberg (presenter), Dave Roe, Adam Kaderabek, Kerith Conron, Jody Herman, John Finamore, and Jessica Holzberg, 79th Annual AAPOR Conference, Atlanta, GA, 2024

Paper presentation, "LA County Trans and Nonbinary Survey: Key Findings and Recommendations," Jody L. Herman (presenter), Bamby Salcedo (presenter), Kim Chatham, Lindsay Mahowald, Queen Victoria Ortega, and Elana Redfield, LA County Board of Supervisors Meeting, Los Angeles, CA, 2024.

Paper presentation, "LA County Trans and Nonbinary Survey: Key Findings and Recommendations," Jody L. Herman (presenter), Bamby Salcedo, Kim Chatham, Lindsay Mahowald, Queen Victoria Ortega, Elana Redfield, LA County LGBTQ+ Commission Meeting, Los Angeles, CA, July 16, 2024.

Paper presentation, "LA County Trans and Nonbinary Survey: Key Findings and Recommendations," Jody L. Herman (presenter), Bamby Salcedo, Kim Chatham, Lindsay Mahowald, Queen Victoria Ortega, Elana Redfield Bamby Salcedo, LA County Local Elected Officials Meeting, Online, September 10, 2024.

Guest speaker, "Conducting Community-based Surveys to Advance Trans Health: Insights from the 2022 U.S. Trans Survey," WPATH 28th Scientific Symposium, Lisbon, Portugal, 2024.

Paper presentation, "An Intersectional Analysis of Transgender and Nonbinary Young Adult Experiences of Healthcare Mistreatment and Respect," Sabra Katz-Wise (presenter), Yu-Chi Wang, Manraj Kaur, Meg Quint, R. Korkodilos, Danielle DeMaio, Catherine Stamoulis, Jody L. Herman, Sari Reisner, & Ilan Meyer, GLMA: Health Professionals Advancing LGBTQ Equality Conference, Charlotte, NC, October 1, 2024.

Paper presentation, "Cognitive Testing of SOGI Items for Spanish Speakers in the US," Alisú Schoua-Glusberg (presenter), Daniela Glusberg (presenter), Dave Roe, Adam Kaderabek, Jody Herman, Shelley Feuer, John Finamore, and Jessica Holzberg, 49th Annual MAPOR Conference, Chicago, IL, 2024.

§20a OTHER PROFESSIONAL ACTIVITIES

N/A

§21 AWARDS, HONORS, COMMENDATIONS

Dean's List, College of Arts and Sciences, Illinois State University, 1998, 1999

CCAS Tuition Awards, The George Washington University, 2002-2003, 2003-2004

Community Award for Transgender Research, Transgender Advisory Board, City of West Hollywood, 2014

Certificate of Recognition for Contributions to Transgender Health, State of California Senate, 2015

UCLA Chancellor's List of Remarkable Accomplishments, UCLA 2016-17 Year in Review, 2017

*Gerald B. Roemer Award* from the United States Department of Justice PRIDE organization for the 2015 U.S. Transgender Survey (Co-PI), 2018

NIH Loan Repayment Program in Health Disparities Award, NIMHD, 2018-2020

Featured Researcher, June 2021 National Institutes of Health, Sexual and Gender Minority Health Researcher Spotlight, https://dpcpsi.nih.gov/sgmro/featured-investigator-jody-herman, 2021

Promoted to Reid Rasmussen Senior Scholar of Public Policy, Williams Institute, UCLA School of Law, 2021

Alumni Day Award, Illinois State University, 2022

Honoree for UCLA Center for Health Policy Research 30th Anniversary, UCLA CHRP 30th Anniversary Gala, 2024

§22 FELLOWSHIPS AND RESEARCH GRANTS

Past Funded Projects

2020-2022 Access to Health Care among California's Lesbian, Gay, Bisexual and Transgender Population; CHIS Policy Research Studies, UCLA Center for Health Policy Research
The California Endowment, Ponce (PI)
Using CHIS data from 2015-2020, assess health insurance status, access to care, and compare with pre-ACA estimates to determine if the LGB population of California benefited from coverage expansions. Demographics, health indicators, health care access, and disparities will also be assessed separately for the transgender population of California.
Role: Co-investigator (subaward)

2020-2022 Measuring Stress in Diverse Gender Minority Adolescents
1R21MD015945-01, Goldbach (PI)
Develop a comprehensive measure of transgender adolescent stress – which includes subscales for gender dysphoria and minority stress that can be used independently or in concert -- as a means to facilitate improved clinical assessment and intervention development.
Role: Expert Consultant

2018-2019; 2019-2020; 2020-2021 Johnson Family Foundation General Operating Grant
This grant supports a range of research on gender and sexual orientation law and policy conducted by Williams Institute scholars.
Role: Principal Investigator

2017-2019 TransPop: U.S. Transgender Population Health Survey
R01-HD090468, Meyer (PI)
Identify a probability sample of transgender and cisgender adults in the Gallup Daily Tracking Poll to enroll them in the current study to provide a nationally representative demographic profile, describe basic health outcomes and behaviors, describe experiences with minority stressors (including interpersonal and institutional discrimination), describe transgender health disparities, and describe transgender identity development and transition-related experiences as they relate to minority stress and health outcomes.
Role: Co-investigator

2014-2017 2015 U.S. Transgender Survey
Multiple Private Foundations
Describe respondents' health outcomes and behaviors, describe respondents' experiences with discrimination, and describe differences in respondents' health outcomes and discrimination experiences based on gender identity, transgender status, transition status and transition history, race and ethnicity, socioeconomic status, and other variables.

Role: Co-Principal Investigator

2015-2016 Administrative Supplement to Identify Stress and Health in Three Cohorts of LGB Individuals (TransPop: U.S. Transgender Population Health Survey)
R01-HD078526-01A1S1; Meyer (PI)
Pilot study to identify a probability sample of transgender adults in the Gallup Daily Tracking Poll to enroll them in the current study to provide a representative demographic profile, describe basic health outcomes and behaviors, describe experiences with minority stressors (including interpersonal and institutional discrimination), and describe transgender identity development and transition-related experiences as they relate to minority stress and health outcomes.
Role: Co-investigator

Current Funded Projects

2020-2022* Improving Mortality Data through Postmortem Measurement of Sexual Orientation and Gender Identity
1R21MH125360-01, Blosnich (PI) *(under no-cost extension)
Sexual orientation and gender identity (SOGI) data are not systematically collected at the time of the death. Therefore, disparities in mortality cannot be assessed to inform prevention and intervention. The goal of this proposed project is to demonstrate the feasibility of collecting SOGI following a violent death.
Role: Co-investigator

2021-2023* Associations of Prejudice and Health Among Gender Minority Youth with Binary and Non-Binary Gender Identities
5R01MD015031-02, Katz-Wise (PI) *(under no-cost extension)
To date, no national research has examined prejudice and its impact on substance use and mental health among non-binary GM adolescents and young adults (i.e., youth), taking into account sociodemographic diversity. The proposed research integrates Minority Stress Theory and Intersectionality Theory. Associations between prejudice in different settings and health among GM youth will be examined via: a) secondary analysis of quantitative data from binary and non-binary GM young adults, age 18-25 years, from the USTS (N=12,958) (Study 1), and b) analysis of newly collected longitudinal quantitative and qualitative data from a national online community-based sample of non-binary GM adolescents, age 13-17 years (target N=320) (Study 2).
Role: Co-Investigator

2021-2025 2022 U.S. Trans Survey
Multiple Private Foundations and Donors
Follow-up to the 2015 U.S. Transgender Survey. Describe respondents' health outcomes and behaviors, describe respondents' experiences with discrimination, and describe differences in respondents' health outcomes and discrimination experiences based on gender identity, transgender status, transition status and transition history, race and ethnicity, socioeconomic status, and other variables.

Role: Co-Principal Investigator

2021-2026 Project Recognize: Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement
5R01AA029076-02, Phillips (PI)
This project will address knowledge gaps regarding sexual and gender minority data collection through iterative, community-engaged development of new SSOGI measures, and will assess the effectiveness of new vs. prior measures to characterize disparities in alcohol use, substance use, and mental health among sexual and gender minorities.
Role: Scientific Advisory Board

2022-2025 Improving Sexual Orientation and Gender Identity Measurement Among Monolingual Spanish Speakers
National Science Foundation, Roe (PI)
This study aims to review and improve measures of sexual orientation and gender identity for monolingual Spanish speakers.
Role: Expert Consultant

2024-2029 Expanding the sexual and gender minority adverse childhood experiences scale to improve measurement of SGM identity-based early life adversity
1R01MH136962-01, Schnarrs (PI)
The current study will address known limitations of the current measure for Adverse Childhood Experiences (ACE). The study aims to make the measure more robust by including four intersectional sexual and gender minority groups, including non-monosexual and gender minority populations.
Role: Expert Consultant

§23 BIBLIOGRAPHY

WORK IN PROGRESS
Articles:

Herman, J.L., O'Neill, K.K., Wilson, B.D.M., Meyer, I., Flores, A.R., & Meyer, I.H. (in revision). Characteristics and sexual victimization of transgender adults and gender minority youth in custody in the United States: Results from the National Inmate Survey (NIS-3) and the National Survey of Youth in Custody (NYSC-2). *Journal of Correctional Health Care*.

Wang, Y., Beccia, A., Korkodilos, R, Hoatson, T., Herman, J., & Katz-Wise, S. (in preparation). Trans Young Adults' K-12 Experiences of Gender-Related Mistreatment: An Intersectional Multilevel Analysis of Individual Heterogeneity and Discriminatory Accuracy (MAIDHA).

Wang, Y., Kaur, M., Quint, M., Korkodilos, R., DeMaio, D., Stamoulis, C., Herman, J.L., Reisner, S.L., Meyer, I.H., Katz-Wise, S.L. (in preparation). An Intersectional Analysis of Transgender and Nonbinary Young Adults' Experiences of Mistreatment and Respect in Healthcare.

Herman, J.L., Flores, A.R., Haas, A. (in prepration). Risks associated with suicide attempts among transgender adults: A latent class analysis with machine learning approach.

Herman, J.L., Conron, K.J., Haas, A., Reisner, S. (in preparation). Gender transition-related health care utilization effects on suicidal thoughts and behaviors: a survival analysis approach.

White papers/encyclopedia articles:

Herman, J.L., Becker, T., & Wilson, B.D.M. (in preparation). Demographics and Health Characteristics of Transgender Adults in California: Findings from the 2017-2022 California Health Interview Survey. The Williams Institute and the UCLA Center for Health Policy Research.

PUBLISHED WORK

Books:

Gates, G.J. & Herman, J.L. (2018). LGBT Research: Beyond Academia. In K. Schilt & D. Compton (Eds.), *Other, Please Specify:_________: Queer Methods in Sociology*. Oakland, CA: University of California Press.

Herman, J.L. (2016). LGB within the T: sexual orientation in the National Transgender Discrimination Survey. In Y. Martinez-SanMiguel & S. Tobias (Eds.), *Trans Studies: Beyond Hetero/Homo Normativities*. New Brunswick, NJ: Rutgers University Press.

Woods, J.B. & Herman J.L. (2014). Anti-transgender hate crime. In N. Hall, A. Corb, P. Giannasi, & J. Grieve (Eds.), *The Routledge International Handbook of Hate Crime* (278-288). New York: Routledge.

Badgett, M.V.L. & Herman, J.L. (2013). Patterns of relationship recognition by same-sex couples in the United States. In A. Baumle (Ed.), *International Handbook on the Demography of Sexuality* (331-362). New York: Springer.

Articles:

Bosse, J. D., Kantor, L. Z., Wang, Y.-C., Korkodilos, R., Reisner, S. L., Ehrensaft, D., Herman, J.L., & Katz-Wise, S.L. (2024). Healthcare mistreatment is associated with psychological distress, suicidality, and substance use among transgender and nonbinary emerging adults. *Emerging Adulthood.* https://doi.org/10.1177/21676968241308316

Hoatson, T., Wang, Y.-C., Korkodilos, R., Meyer, I. H., Herman, J. L., Reisner, S. L., Stamoulis, C., & Katz-Wise, S. L. (2024). Substance use prevalence among transgender and gender diverse young adults across identity and life experiences. *Annals of LGBTQ Public and Population Health.* https://doi.org/10.1891/LGBTQ-2023-0037

Wang, Y.-C., Hoatson, T., Stamoulis, C., Herman, J., Reisner, S. L., Meyer, I. H., & Katz-Wise, S. L. (2024). Psychological distress and suicidality among transgender young adults in the United States. *Journal of Adolescent Health, 74*(6), 1095-1105. https://doi.org/10.1016/j.jadohealth.2023.11.004

Reisner, S.L., Choi, S.K., Herman, J.L., Bockting, W., Krueger, E.A., & Meyer, I.H. (2023). Sexual orientation in transgender adults in the United States. *BMC Public Health*, *23*(1799). https://doi.org/10.1186/s12889-023-16654-z

Liu, S., Reisner, S.L., Herman, J.L., & Weller, E. (2022). Imputation methods for missing failure times in recurrent-event survival analysis: Application to suicide attempts in the transgender population. *PLoS One*, *17*(12), e0278913. https://doi.org/10.1371/journal.pone.0278913

Feldman, J.L., Luhur, W.E., Herman, J.L., Poteat, T., & Meyer, I.H. (2021). Health and health care access in the US transgender population health (TransPop) survey. *Andrology*, *9*(6), 1707-1718. https://doi.org/10.1111/andr.13052

Flores, A.R., Meyer, I.H., Langton, L., & Herman, J.L. (2021) Gender Identity Disparities in Personal Victimization: National Crime Victimization Survey, 2017-2018. *American Journal of Public Health*, *111*(4), 726-729. https://doi.org/10.2105/AJPH.2020.306099

Carone, N., Rothblum, E.D., Bos, H., Gartrell, N., & Herman, J.L. (2020). Demographics and Health Outcomes in a U.S. Probability Sample of Transgender Parents. *Journal of Family Psychology*, *35*(1), 57-68. https://doi.org/10.1037/fam0000776

Henderson, E.R., Blosnich, J.R., Herman, J.L., & Meyer I.H. (2019). Considerations on sampling in transgender health disparities research. *LGBT Health*, *6*(6), 267-270.

Hasenbush, A., Flores, A.R., & Herman, J.L. (2018). Gender Identity Nondiscrimination Laws in Public Accommodations: a Review of Evidence Regarding Safety and Privacy in Public Restrooms, Locker Rooms, and Changing Rooms. *Sexuality Research and Social Policy*. https://doi.org/10.1007/s13178-018-0335-z.

Downing, J., Conron, K.J., Herman, J.L., & Blosnich, J. (2018). Transgender And Cisgender US Veterans Have Few Health Differences. Health Affairs, *37*(7), 1160-1168. https://doi.org/10.1377/hlthaff.2018.0027.

Jans, M., Wilson, B.D.M., & Herman, J.L. (2018). Measuring aspects of sexuality and gender: a sexual human rights challenge for science and official statistics. *Chance*, *31*(1), 12-20.

Wilson, B.D.M., Jordan, S.P., Meyer, I.H., Flores, A.R., Stemple, L. & Herman, J.L. (2017). Disproportionality and disparities among sexual minority youth in custody. *Journal of Youth and Adolescence*. https://doi.org/10.1007/s10964-017-0632-5.

Meyer, I.H., Brown, T.N.T., Herman, J.L., Reisner, S.L., & Bockting, W.O. (2017). Demographic characteristics and health outcomes among transgender adults in select regions in the Behavioral Risk Factor Surveillance System. *American Journal of Public Health*, *107*(4), 582-589.

Meyer, I.H., Flores, A.R., Stemple, L., Romero, A.P., Wilson, B.D.M., & Herman, J.L. (2017). Characteristics of incarcerated sexual minorities in the United States: Results from the National Inmate Survey (NIS-3). *American Journal of Public Health*, *107*(2), 267-273.

Flores, A.R., Herman, J.L., & Mallory, C.M. (2015). Transgender inclusions in state non-discrimination policies: The democratic deficit and political powerlessness. *Research and Politics*. https://doi.org/10.1177/2053168015612246.

Reisner, S.L., Conron, K.J., Scout, Nfn, Baker, K., Herman, J.L., Lombardi, E., Greytak, E.A., Gill, A, Matthews, P.A., & the GenIUSS Group. (2015). 'Counting' transgender and gender nonconforming adults in health research: Recommendations from the Gender Identity in U.S. Surveillance (GenIUSS) Group. *Transgender Studies Quarterly*, *2*(1), 34-57.

Woods, J.B., Galvan, F.H., Bazargan, M., Herman, J.L., & Chen, Y.T. (2013). Latina transgender women's interactions with law enforcement in Los Angeles County. *Policing: A Journal of Policy and Practice*, *7*(4), 379-391.

Harrison-Quintana, J. & Herman, J.L. (2013). Still serving in silence: Transgender service members and veterans in the National Transgender Discrimination Survey. *LGBTQ Policy Journal at the Harvard Kennedy School*, *3*, 39-52.

Herman, J.L. (2013). Gendered restrooms and minority stress: The public regulation of gender and its impact on transgender people's lives. *Journal of Public Management and Social Policy*, *19*(1), 65-80.

Herman, J.L. (2012). 'Bathroom panic' and anti-discrimination laws: The role of activists in securing gender identity protections in gendered public spaces in Washington, DC. *LGBTQ Policy Journal at the Harvard Kennedy School*, *2*, 24-34.

Grant, J.M., Harrison, J., & Herman, J.L. (2012). A gender not listed here: Genderqueers, gender rebels and OtherWise in the National Transgender Discrimination Survey. *LGBTQ Policy Journal at the Harvard Kennedy School*, *2*, 13-24.

OTHER

White papers, encyclopedia articles, amicus briefs:

Herman, J.L. & Mallory, C. (September 2024). Brief of Amici Curiae of Williams Institute Scholars in Support of Petitioner and Respondents in Support of Petitioner, U.S. v. Skrmetti, No. 23-477 (U.S. Sept. 3, 2024). Rules 10.8.3 + 10.5(c). Amicus Brief.

Herman, J.L., Cisneros, N., Mahowald, L., & Tentindo, W. (September 2024). *The Potential Impact of Voter Identification Laws on Transgender Voters in the 2024 General Election.* The Williams Institute, UCLA School of Law.

*Civic Engagement in the 2022 U.S. Transgender Survey*. (August 2024). Advocates for Trans Equality Education Fund. Unauthored report.

Herman, J.L., Salcedo, B., Chatham, K., Mahowald, L., Ortega, Q.V., Redfield, E. (June 2024). *Para Mi Punto de Vista / From My Point of View: Results of the 2023 LA County Trans & Nonbinary Survey*. The Williams Institute, UCLA School of Law, and TransLatin@ Coalition.

James, S.E., Herman, J.L., Durso, L.E., Heng-Lehtinen, R. (February 2024). *Early Insights: A Report of the 2022 U.S. Transgender Survey.* National Center for Transgender Equality.

Herman, J.L. & O'Neill, K.K. (January 2024). "Access to Health Insurance Coverage for Transgender People"; "Trans Identities"; "Sexual Orientation Among Trans People"; "Population Based Surveys, Collection of Data on Sexual Orientation and Gender Identity". *The SAGE Encyclopedia of LGBTQ+ Studies, 2nd Edition*. Ed. Abbie Goldberg. Encyclopedia entries.

Herman, J.L. & O'Neill, K.K. (November 2022). *Well-being Among Transgender People During the COVID-19 Pandemic*. The Williams Institute, UCLA School of Law.

O'Neill, K.K., Cisneros, N., Tentindo, W., & Herman, J.L. (September 2022). *The Potential Impact of Over Identification Laws on Transgender Voters in the 2022 Gender Election.* The Williams Institute, UCLA School of Law.

Herman, J.L., Flores, A.R., & O'Neill, K.K. (June 2022). *How Many Adults and Youth Identify as Transgender in the United States?* The Williams Institute, UCLA School of Law.

Herman, J.L. & O'Neill, K.K. (March 2022). *Demand for X Gender Marker on Passports Among Nonbinary LGBTQ Adults*. Los Angeles: The Williams Institute, UCLA School of Law.

Babey, S.H., Wolstein, J., Herman, J.L. & Wilson, B.D.M. (February 2022). *Gaps in Health Care Access and Health Insurance Among LGBT Populations in California*. Los Angeles: The UCLA Center for Health Policy Research, UCLA Fielding School of Public Health and The Williams Institute, UCLA School of Law.

Herman, J.L. & O'Neill, K.K. (September 2021) *Suicide Risk and Prevention for Transgender People: Summary of Research Findings*. Los Angeles: The Williams Institute.

Herman, J.L. & O'Neill, K.K. (June 2021). *Gender Marker Changes on State ID Documents: State-Level Policy Impacts*. Los Angeles: The Williams Institute.

Herman, J.L. (March 2021). Research, questions regarding gender identity. In A. Goldberg & G. Beemyn (Eds.) *The SAGE Encyclopedia of Trans Studies*.

O'Neill, K., Wilson, B.D.M, & Herman, J.L. (November 2020). *Homeless Shelter Access Among Transgender Adults; Findings from the 2015 US Transgender Survey*. Los Angeles: The Williams Institute.

Herman, J.L. & O'Neill, K. (April 2020). *Vulnerabilities to COVID-19 Among Transgender Adults in the U.S.* Los Angeles: The Williams Institute.

Brown, T.N.T. & Herman, J.L. (March 2020). *Exploring International Priorities and Best Practices for the Collection of Data about Gender Minorities: A Focus on South America*. Los Angeles: The Williams Institute.

O'Neill, K. & Herman, J.L. (February 2020). *The Potential Impact of Voter Identification Laws on Transgender Voters in the 2020 General Election*. Los Angeles: The Williams Institute.

Herman, J.L., Brown, T.N.T, Haas, A. (September 2019). *Suicide Thoughts and Attempts among Transgender Adults; Findings from the 2015 U.S. Transgender Survey*. Los Angeles, CA: The Williams Institute.

Herman, J.L. & Brown, T.N.T. (August 2018). *The Potential Impact of Voter Identification Laws on Transgender Voters in the 2018 General Election*. Los Angeles, CA: The Williams Institute.

Conron, K.J., Herman , J.L., & Wilson, B.D.M. (2018). RE: Health Disparities Facing Transgender and Gender Nonconforming Youth Are Not Inevitable [Commentary]. Pediatrics Feb 2018. Retrieved from http://pediatrics.aappublications.org/content/early/2018/02/01/peds.2017-4079.comments

Wilson, B.D.M., Choi, S.K., Herman, J.L., Becker, T.L., and Conron, K.J. (December 2017). *Characteristics and Mental Health of Gender Nonconforming Adolescents in California*. Los Angeles, CA: The Williams Institute and the UCLA Center for Health Policy Research.

Herman, J.L., Wilson, B.D.M., & Becker, T. (2017). *Demographic and Health Characteristics of Transgender Adults in California: Findings from the 2015-2016 California Health Interview Survey*. Los Angeles, CA: The Williams Institute and UCLA Center for Health Policy Research.

Brown, T.N.T., Herman, J.L, & Park, A. (March 2017). *Exploring International Priorities & Best Practices for Collecting Data on Gender Minorities*. Los Angeles, CA: The Williams Institute.

Herman, J.L, Flores, A.R., Brown, T.N.T, Wilson, B.D.M., & Conron, K.J. (January 2017). *Age of Individuals Who Identify as Transgender in the United States.* Los Angeles, CA: The Williams Institute.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (December 2016). *The Report of the 2015 U.S. Transgender Survey*. Washington, DC: National Center for Transgender Equality.

Flores, A.R., Brown, T.N.T, & Herman, J.L. (October 2016). *Race and Ethnicity of Adults Who Identify as Transgender in the United States.* Los Angeles, CA: The Williams Institute.

Herman, J.L. (September 2016). *The Potential Impact of Voter Identification Laws on Transgender Voters in the 2016 General Election.* Los Angeles, CA: The Williams Institute.

Flores, A.R., Herman, J.L., Gates, G.J., & Brown, T.N.T. (June 2016). *How Many Adults Identify as Transgender in the United States?* Los Angeles, CA: The Williams Institute.

Herman, J.L. (May 2016). "Sexual Orientation among Transgender People"; "Transgender Identities"; "Access to Health Insurance Coverage for Transgender People"; and "Population Based Surveys, Collection of Data on Sexual Orientation and Gender Identity" in *The Sage Encyclopedia of LGBTQ Studies* (ed. Goldberg, A.E.). Los Angeles: SAGE Publications, Inc.

Brown, T.N.T & Herman, J.L. (March 2016). *Voter ID Laws and Their Added Costs for Transgender Voters*. Los Angeles, CA: The Williams Institute.

Herman, J.L., Mallory, C., and Wilson, B.D.M. (March 2016). *Estimates of Transgender Populations in States with Legislation Impacting Transgender People*. Los Angeles, CA: The Williams Institute.

Jans, M., Grant, D., Park, R., Kil, J., Viana, J, Zahnd, E., Holtby, S., Wilson, B.D.M., & Herman, J. (2015). Using verbal paradata monitoring and behavior coding to pilot test gender identity questions in the California Health Interview Survey: The role of qualitative and quantitative feedback. *AAPOR Proceedings Issue*.

Grant, D., Jans, M., Park, R., Ponce, N., Kil, J., Wilson, B.D.M., Herman, J., & Gates, G. (2015). Putting the "T" in LGBT: A pilot test of questions to identify transgender people in the California Health Interview Survey. *AAPOR Proceedings Issue.*

Brown, T.N. & Herman, J.L. (November 2015). *Intimate Partner Violence and Sexual Abuse among LGBT People: A review of existing research*. Los Angeles, CA: The Williams Institute.

Brown, T.N. & Herman, J.L. (April 2015). *The Cost of Discrimination against Transgender Residents of Florida*. Los Angeles, CA: The Williams Institute.

Stotzer, R., Herman, J.L., & Hasenbush A. (October 2014). *Transgender Parenting: A review of existing research.* Los Angeles, CA: The Williams Institute.

Herman, J.L. as part of the GenIUSS Group (September 2014). *Best Practices for Asking Questions to Identify Transgender and Other Gender Minority Respondents on Population-Based Surveys.* Los Angeles, CA: The Williams Institute.

Herman, J.L. (September 2014). *The Potential Impact of Voter Identification Laws on Transgender Voters in the 2014 General Election.* Los Angeles: The Williams Institute.

Gates, G.J., Herman, J.L. (May 2014). *Transgender Military Service in the United States.* Los Angeles, CA: The Williams Institute.

Haas, A.P., Rodgers, P.L., & Herman, J.L. (January 2014). *Suicide Attempts among Transgender and Gender Non-Conforming Adults: Findings of the National Transgender Discrimination Survey*. Los Angeles, CA: The American Foundation for Suicide Prevention and The Williams Institute.

Badgett, M.V.L. & Herman, J.L. (September 2013). *Sexual Orientation and Gender Identity Diversity in Entertainment: Experiences and Perspectives of SAG-AFTRA Members.* Los Angeles, CA: The Williams Institute.

Herman, J.L. (September 2013). *Costs and Benefits of Providing Transition-related Health Care Coverage in Employee Health Benefits Plans: Findings from a Survey of Employers* Los Angeles, CA: The Williams Institute.

Schilt, K., & Herman, J.L. (June 2013) "Lesbian, Gay, Bisexual, and Transgender (LGBT) Workers" in *Sociology of Work: An Encyclopedia.* Los Angeles, CA: SAGE Reference Publishers.

Herman, J.L. (April 2013). *The Cost of Employment and Housing Discrimination against Transgender Residents of New York.* Los Angeles, CA: The Williams Institute.

Herman, J.L. (February 2013). *The Potential Impact of a Strict Voter Identification Law on Transgender Voters in North Carolina.* Los Angeles, CA: The Williams Institute.

Herman, J.L. as part of the GenIUSS Group. (February 2013). *Gender-Related Measures Overview*. Los Angeles, CA: The Williams Institute.

Herman, J.L. (April 2012). *The Potential Impact of Voter Identification Laws on Transgender Voters*. Los Angeles, CA: The Williams Institute

Kastanis, A., Badgett, M.V.L. & Herman, J.L. (January 2012). *The Economic Impact of Extending Marriage to Same-Sex Couples in Washington State*. Los Angeles, CA: The Williams Institute.

Kastanis, A., Badgett, M.V.L. & Herman, J.L. (December 2011). *Estimating the Economic Boost of Marriage Equality in Iowa: Sales Tax.* Los Angeles, CA: The Williams Institute.

Badgett, M.V.L. & Herman, J.L. (November 2011). *Patterns of relationship recognition by same-sex couples in the United States*. Los Angeles, CA: The Williams Institute.

Herman, J.L. (April 2011). *The Cost of Employment Discrimination against Transgender Residents of Massachusetts.* Los Angeles, CA: The Williams Institute.

Herman, J.L., Konnoth, C.J., & Badgett, M.V.L. (March 2011). *The Impact of Creating Civil Unions for Same-Sex Couples on Delaware's Budget*. Los Angeles, CA: The Williams Institute.

Herman, J.L., Konnoth, C.J., & Badgett, M.V.L. (February 2011). *The Fiscal Impact of Creating Civil Unions on Colorado's Budget*. Los Angeles, CA: The Williams Institute.

Herman, J.L., Konnoth, C.J., & Badgett, M.V.L. (February 2011). *The Impact on Rhode Island's Budget of Allowing Same-Sex Couples to Marry.* Los Angeles, CA: The Williams Institute.

Grant, J.M., Mottet, L.A., Tanis, J., Harrison, J., Herman, J.L., & Keisling, M. (February 2011). *Injustice at Every Turn: A Report of the National Transgender Discrimination Survey.* Washington, DC: The National Gay and Lesbian Task Force and The National Center for Transgender Equality.

Mallory, C., Herman, J.L., & Badgett, M.V.L. (January 2011). *Employment Discrimination against Lesbian, Gay, Bisexual, and Transgender People in Oklahoma*. Los Angeles, CA: The Williams Institute.

Herman, J.L., Mallory, C., Badgett, M.V.L., & Gates, G.J. (November 2010). *Utah Census Snapshot: New Study on Same-sex Couples in Utah*. Los Angeles, CA: The Williams Institute.

Herman, J.L., and Forbes, L. (December 2010). *Engaging America's Youth through High School Voter Registration Programs*. Washington, DC: Project Vote.

Hess, D.R. & Herman, J.L. (November 2009). *Representational Bias in the 2008 Election*. Washington, DC: Project Vote.

Herman, J.L., Hess, D.R., & Groarke, M. (July 2009). *A Review of Academic Literature on the Effectiveness of the National Voter Registration Act*. Washington, DC: Project Vote

Herman, J.L., & Hess, D.R. (July 2009). *Internet Access and Voter Registration.* Washington, DC: Project Vote.

Herman, J.L., & Hess, D.R. (May 2009). *California's Failure to Comply with the Public Agency Registration Requirements of the NVRA*. Washington, DC: Project Vote.

Herman, J.L. & Minnite, L. (November 2008). *The Demographics of Voters in America's 2008 General Election: A Preliminary Assessment.* Washington, DC: Project Vote.

Herman, J.L. (May 2008). *Comparison of Survey Data from Arizona NVRA Public Assistance Agencies*. Washington, DC: Project Vote.

Hess, D.R. & Herman, J.L. (May 2008). *Measuring States NVRA Performance: Performance Indicators for Section 7 of the NVRA*. Washington, DC: Project Vote.

Herman, J.L. (April 2008). *NVRA Public Agency Registration (Section 7) Field Research Results" for the Public Agency Registration Project*. Washington, DC: Project Vote.

Herman, J.L. & Hess, D.R. (January 2008). *Investigating Voting Rights in Colorado: An Assessment of Compliance with the National Voter Registration Act in Public Assistance Agencies*. Washington, DC: Project Vote.

<u>Legislative testimony:</u>

Marriage Equality Legislation (H5012), testimony before the Rhode Island House Judiciary Committee, February 9, 2011.

Op-eds:

"A window into the number of trans teens living in America" with Andrew R. Flores and Kathryn K. O'Neill, *The Conversation*, July 5, 2022.

"The War on Transgender Soldiers Flies in the Face of the Facts" with Ian W. Holloway, *Take Care*, August, 7, 2017.

"Parents of Transgender Children Need to Look at the Research," *The New York Times*, The Opinion Pages: Room for Debate, January 8, 2015

"Rights of transgender Tar Heels in jeopardy too" with Holning Lau, *The News and Observer*, Tuesday, April 23, 2013

"Beyond Male and Female: Creativity, Risks, and Resilience among Genderqueer People in the National Transgender Discrimination Survey" with Jack Harrison and Jaime Grant, *Huffington Post*, Monday, May 14, 2012

"High Costs of Discrimination" with M.V.L. Badgett, *Worcester Telegram*, Wednesday, May 11, 2011

Video/radio/podcasts:

Recorded interview regarding trans youth in Virginia and health concerns, segment by reporter Mallory Noe-Payne, RADIOIQ, Virginia Public Radio, aired September 29, 2022.

"Michael and Dr. Jody Herman Discuss: How Many Adults and Youth Identify as Transgender in the United States?" Host Michael Smerconish, live interview on The Michael Smerconish Program on Sirius XM POTUS Channel, June 14, 2022.

Live interview regarding X gender markers on passports as part of Transgender Day of Visibility. KCBS Radio in San Francisco. Producer Vivian Bossieux-Skinner. March 31, 2022, 11:30am Pacific.

"Gender Identity, Discrimination, and More with Dr. Jody Herman," invited guest, co-hosts Sammy Kanter and Maddie Medved, Girl and the Gov, The Podcast, December 15, 2021

"Trans workers face bias, barriers that affect income as pandemic lingers" segment by reporter Erika Beras, host David Brancaccio, Marketplace Morning Report, NPR, November 20, 2020.

Interview regarding *Edmo v Idaho Department of Correction*, hosts Amanda Peacher and James Dawson, LOCKED Podcast, Episode 3: The Procedure, Boise State Public Radio, July 8, 2019.

"Voter ID Laws May Disproportionately Affect Transgender Community," host David Greene, segment by reporter Emma Hurt, NPR's Morning Edition, October 29, 2018.

Interview regarding transgender military service, host Sara Williams, International Edition, Voice of America, August 4, 2017 (1:05pm EDT edition).

Interview regarding transgender military service, segment by reporter Laura Kantor, The Pacifica Evening News, KPFK 90.7 Los Angeles, July 26, 2017.

Live interview regarding transgender military service, host Aaron Rand, The Aaron Rand Show, CJAD 800 AM Montreal, July 26, 2017.

"Is There Evidence Supporting Texas' 'Bathroom Bill' as a Public Safety Measure?" segment by reporter Christopher Connelly for Texas Decides, KERA PBS and NPR for North Texas, April 10, 2017.

"Transgender Mississippians and Voter ID Laws," host Karen Brown, Mississippi Edition, Mississippi Public Radio, October 6, 2016.

"When A Transgender Person Uses A Public Bathroom, Who Is At Risk?" segment by reporter Jeff Brady, host Rachel Martin, Weekend Edition Sunday, NPR, May 15, 2016.

"Gender-neutral bathrooms" host Marty Moss-Coane, Radio Times, WHYY Philadelphia, November 10, 2015.

"Video: West Hollywood's Gender Neutral-Restrooms" host Lena Nozizwe, Free Speech Radio News, June 2, 2015.

"Transgender bathrooms" host Lena Nozizwe, Deutsche Welle (DW), May 22, 2015.

"Trans-Pop: U.S. Transgender Population Health Survey" with Sari Reisner, host Emilia Lombardi, Public Health Sociologist (website), May 11, 2015.

"Opportunities for LGBT performers in Hollywood improving, but discrimination remains" with Jason Stuart, national co-chair of the SAG-AFTRA LGBT Committee, AirTalk, host Larry Mantle, KPCC Southern California Public Radio, October 1, 2013.

"Voter Identification Laws and Their Impact on Transgender Voters" *The Michelangelo Signorile Show*, host Michelangelo Signorile, Sirius XM's OutQ Channel 108, April 19, 2012.

"Jody Herman On The Economics Of Same Sex Marriage In RI" *FIRE Podcast*, Out of the Storm News, host Arin Greenwood, July 22, 2011.

"Transgender Rights and Recognition" with Diane DeLap and Kasey Suffredini, *The Callie Crossley Show* with guest host Sue O'Connell, WGBH Boston, May 16, 2011.