# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>*Defendant*. | No. 1:26-cv-2723 |

**Declaration of Charlotte Coe**

My name is Charlotte Coe. I am one of the plaintiffs in the above-captioned action. I am over the age of 18. I have personal knowledge of the matters stated in this declaration, am competent to testify, and declare the following under penalty of perjury:

1. I live in Virginia.

2. I have been an employee of the United States federal government for eight (8) years.

3. I am an IT Specialist at the United States Department of State.

4. I have had insurance coverage under the Federal Employee Health Benefits (FEHB) Plan since 2018.

5. I am a transgender female. I was assigned "male" at birth, but from a very young age, I have always known myself to be a woman. Since childhood, I have felt I was inhabiting the shell of a person that I didn't know, an unfamiliar person. The only remedy for that feeling has been the ongoing act of transition.

6. Prior to January 2026, I received gender-affirming health care covered under my FEHB plan**.** Since 2018, I have received Hormone Replacement Therapy (HRT). Since 2020, I have had breast augmentation, breast augmentation revision, facial feminization surgeries, an orchiectomy, and a vaginoplasty.

7. Since January 2026, I have and continue to require gender-affirming care. I have an ongoing need for HRT. Follow-up appointments and post-surgical care to monitor my 2025 vaginoplasty are also medically necessary and required by my surgeon.

8. Since January 2026, my insurance has not covered any of my continuing gender-affirming care. At first, I wasn't sure how much of my healthcare would be excluded under the new policy. It was only in early 2026 that I began receiving bills from my healthcare provider showing that my hormone-monitoring bloodwork, surgical follow-up appointments, HRT, and other routine care was not covered by my insurance. I unexpectedly have had to pay thousands of dollars this year out-of-pocket for my medically necessary care.

9. After my vaginoplasty, I initially recovered quite well. Over the past few months, however, the situation has drastically worsened. I have had complications from my vaginoplasty that cause me pain and discomfort daily due to a lesion developing in the urethral mucosa that worsens in response to pressure or friction. The lesion is easily irritated, and when it is irritated it becomes very painful and bleeds. The sensation I experience in my vulvovaginal region when that lesion reopens feels like a constant papercut; even sitting can be highly aggravating and causes me significant pain. I am at near-constant risk for infection when it opens, which makes sexual activity of any kind painful and dangerous, and means I must be very mindful of my sitting position, underwear tightness, and my daily activities to avoid reopening or prolonging opening of the lesion. This causes me great emotional distress and anxiety throughout the day.

10. In addition to the urethral lesion, parts of my labial and vulvar tissue resemble scrotal anatomy in both appearance and sensation. These features cause me significant and persistent gender dysphoria and negatively affect how I experience my body after surgery.

11. It took several appointments with various providers before my gender-affirming care provider correctly diagnosed this issue, and my appointments with him were not covered by my insurance. At my most recent appointment last month, my doctor recommended two procedures: first, a surgical excision or revision of the affected urethral mucosal tissue to treat the lesion and permanently correct the issue; and then, a revision of my labial and vulvar tissues to correct the features that exacerbate my gender dysphoria. It's my understanding that these procedures would alleviate my pain, bleeding, and functional impairment and will substantially reduce my gender dysphoria. I am unable to get these procedures because my FEHB plan does not cover them, and my provider does not schedule procedures for patients without insurance coverage. My understanding is that the surgery could cost tens of thousands of dollars.

12. I understand that OPM has extended the Carrier Letter policy to 2027, which also gets rid of the exceptions process. I am currently reviewing options as part of Open Enrollment, which spans from November 9th to December 14th, and none of the plans available will cover any gender-affirming care.

13. If I have to forgo HRT because I cannot afford to pay for it, I fear the immediate and permanent medical consequences. For example, my body no longer makes the hormones it needs to function in a healthy way; to stop HRT would mean putting the health of my bones and the strength of my muscles at risk. I would lose energy and my emotional balance would suffer. These and other physical symptoms mean that stopping HRT would cause me to lose the life I worked really hard to build, and to lose myself. Before starting treatment, I experienced depression

and suicidal ideation, and I worry about those symptoms returning if I no longer have access to HRT.

14. Paying for this gender-affirming care out-of-pocket will continue to cause me significant financial difficulties, including difficulty paying for rent, necessary bills, and food. My budget was quite tight even before having to pay for necessary healthcare out-of-pocket. There isn't much space for me to make additional cuts. I have doubled my HSA contribution to cover these costs. To put that money away for healthcare, I have been forced to forgo regular maintenance of my car, which I use to go to the store and see friends and family.

15. I don't have a plan to cover the costs of a serious medical issue, like the corrective surgery recommended by my doctor. If I am unable to afford this gender-affirming surgery out-of-pocket, I will continue to be in discomfort and pain from normal life activities, like sitting, and the lesion will continue to bleed. I also expect that my gender dysphoria will persist or intensify for as long as I cannot get the labial and vulvar revision. In order to pay for the healthcare I need, I have been forced to consider selling retirement stock, taking a Thrift Savings Plan (TSP) loan, or asking family and friends to crowdfund and pay for my healthcare costs. However, I don't know if I will be able to cover all of these costs and that greatly distresses me.

16. If I have to seek employment elsewhere in order to obtain coverage for gender-affirming care, I will likely have to make a challenging career shift. My skillset is currently specialized for federal government work.

17. The Trump Administration's decision to ban FEHB coverage for gender-affirming care has caused and will cause me significant emotional distress, including anxiety, preoccupation about whether I am welcome in my workplace, feelings of isolation, and concerns that I need to hide my identity.

18. I understand that there are many other people who have experienced something similar to what I am experiencing, and I am seeking to represent a class of people (as defined in the Complaint) who have been harmed by OPM's conduct.

19. I understand that if the Class is certified, I will be representing more than just myself in this case. I have spoken with my lawyers about what being a class representative means, and I can confirm that I am prepared and willing to serve as a representative of the putative Class, including providing testimony at deposition and trial, if necessary.

20. I will strive to provide fair and adequate representation and work directly with Class counsel to obtain the most favorable recovery for the prospective Class to the best of my ability.

21. I will communicate with the lawyers representing the class. I understand that I am responsible for directing the lawyers, after getting their advice. I will speak to the lawyers as often as necessary.

22. I am unaware of any conflicts of interest with other prospective Class members and will represent the interests of those Class members as I would my own.

23. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the forgoing is true and correct.

Executed:

11/3/2026 | 4:17 PM EST
**Date**

Signed by:
8D1C1C17568645C...
**Charlotte Coe**