# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,

*Plaintiffs*,

v.

SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,

*Defendant*.

No. 1:26-cv-2723

**Declaration of Vanessa Voe**

My name is Vanessa Voe. I am one of the plaintiffs in the above-captioned action. I am over the age of 18. I have personal knowledge of the matters stated in this declaration, am competent to testify, and declare the following under penalty of perjury:

1. I live in Illinois.

2. I have been an employee of the Department of War since August 2026. I am a Researcher.

3. I have had insurance coverage under the Federal Employees Health Benefit (FEHB) program since mid-September 2026.

4. I am transgender. I was assigned "male" at birth, but I have known for a long time that I am transgender; I just didn't have the language for it growing up so it took me some time to accept. As soon as I began down this path of gender transition, I knew it was right for me, and I have experienced so much relief and happiness since.

5. Since 2021, I have received hormone replacement therapy and gender-affirming surgeries, including facial feminization surgery and vaginoplasty.

6. I had been receiving gender-affirming healthcare coverage prior to taking this job and knew I would continue to need gender-affirming care going forward and in 2027. I have not had insurance coverage for my gender-affirming treatment since switching to my FEHB plan last month. When taking this job, I had to weigh everything I've worked for these past ten years against the loss of my required healthcare.

7. I need ongoing hormone replacement therapy. Without insurance coverage for my hormone replacement therapy, the cost is approximately $2,500 per year out of pocket for this medically necessary care.

8. At this point in my transition, my body has no mechanism to produce the hormones it needs to stay healthy. My doctors have told me that going without hormone replacement therapy can cause weakening in my bones, muscle deterioration, and other withdrawal symptoms. I am anxious over whether I will be able to afford the gender-affirming care I need out-of-pocket. I fear the prospect of being unable to obtain the medication that I need and going back to a version of myself I don't recognize anymore. Without HRT, my mental health suffers and my body suffers irreversible harm.

9. If I have to continue to pay out of pocket for HRT in 2027, I will have to ration my HRT, taking less than the prescribed amount. I have had occasions where I've done this in the past and it was very difficult for me: during these periods I grew unwanted hair, had greasier skin and hair, suffered from increased acne, brain fog, and invasive thoughts that interfered with my daily functioning. I was extremely irritable as my hormone levels were variable, which damaged my

relationships, and suffered what felt like constant noise and clutter in my head, as if my brain was not my own and someone else was behind the wheel.

10. If I have to ration my HRT going forward, I expect to experience the same thing again. If typically masculine features re-emerge because I don't have access to HRT, I worry that my friends and colleagues will perceive me as a different person. I know myself to be outgoing, ambitious and a leader. When my symptoms of gender dysphoria emerge, I tend to isolate myself and withdraw from my marriage, my family, and my friends, which is what I fear would happen without HRT. In addition, under OPM's policy, I will not be in a position to pursue breast augmentation or electrolysis, both of which are treatments that my providers support.

11. Paying for this gender-affirming care out-of-pocket will impact me financially. To afford it, I will have to skip other doctor-recommended care including regular blood tests that monitor my sexual hormones since I no longer naturally produce them.

12. Seeking employment elsewhere in order to obtain coverage for this gender-affirming care is not a viable option for me. The place I work is the foremost lab in the country for the work I do. There are very few jobs in my specialty. I've been working for at least ten years to get to this point – a job here is the pinnacle, as good as it can get for my specific subfield.

13. The Trump Administration's decision to ban FEHB coverage for gender-affirming care has caused and will cause me significant emotional distress, including anxiety about whether I can afford to stay in this job, undue time and effort spend during onboarding trying to figure out how I will get my gender-affirming care prescriptions affordably, intense despair at being targeted by my government when I am a devoted public servant, and increased dysphoria from no longer being able to afford further gender-affirming care.

14. I understand that there are many other people who have experienced something similar to what I am experiencing, and I am seeking to represent a class of people (as defined in the Complaint) who have been harmed by OPM's conduct.

15. I understand that if the Class is certified, I will be representing more than just myself in this case. I have spoken with my lawyers about what being a class representative means, and I can confirm that I am prepared and willing to serve as a representative of the putative Class, including providing testimony at deposition and trial, if necessary.

16. I will strive to provide fair and adequate representation and work directly with Class counsel to obtain the most favorable recovery for the prospective Class to the best of my ability.

17. I will communicate with the lawyers representing the class. I understand that I am responsible for directing the lawyers, after getting their advice. I will speak to the lawyers as often as necessary.

18. I am unaware of any conflicts of interest with other prospective Class members and will represent the interests of those Class members as I would my own.

19. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed:

Signed by:

Vanessa Voe

11/2/2026 | 3:39 PM PST

1A1A8FDB62A246B...

**Date** **Vanessa Voe**