# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>Defendant. | ) | Case No.: 1:26-cv-02723-APM |

**DECLARATION OF DIANE SHALLCROSS, MSN, APRN, PMHNP-BC, FPA**

I, Diane Shallcross, MSN, APRN, PMHNP-BC, FPA, declare as follows:

1. My name is Diane Shallcross, MSN, APRN, PMHNP-BC, FPA. I am a board-certified psychiatric mental health nurse practitioner in private practice located in St. Charles, Illinois. I submit this declaration in my capacity as the treating mental health provider of a plaintiff in the above-captioned matter. I understand that, due to privacy concerns, she is identified in this litigation as Ms. Voe.

2. I received a Master of Science in Nursing Education from Olivet Nazarene University. I also hold a Psychiatric-Mental Health Nurse Practitioner Post-Master's Certificate from the University of Cincinnati. I am board certified as a Psychiatric Mental Health Nurse Practitioner and am licensed to practice as an advanced practice registered nurse in Illinois, where I hold full practice authority.

3. I have twenty years of experience in mental health care. My practice includes the treatment of transgender patients with gender dysphoria, as well as patients experiencing anxiety, depression, and mood disorders. I have practiced in emergency care, crisis services, inpatient psychiatry, community mental health, and forensic settings, and now in private practice.

4. I have been Ms. Voe's treating mental health provider for approximately two years, since March 2025. I have seen her approximately every other week since that time.

5. I am familiar with Ms. Voe's diagnosis and history of gender dysphoria predating our work together, based on my review of her medical records and my discussions with her. In Ms. Voe's case, her gender dysphoria manifests primarily as anxiety and social withdrawal.

6. For much of the time I have treated her, Ms. Voe has been stable. She is a high-functioning and high-achieving professional in her field. At her baseline, she is engaged and confident, and a leader in her community.

7. Based on my observations, Ms. Voe's gender-affirming hormone replacement therapy (HRT) is an essential component of the treatment of her gender dysphoria and has been critical in Ms. Voe achieving that stability. In my clinical opinion, the assurance of uninterrupted access to HRT would keep her symptoms at bay, together with ongoing psychiatric care.

8. Since uncertainty arose about whether her HRT would continue to be covered under her insurance plan, I have observed a marked change in Ms. Voe's presentation. Her fear over whether her prescriptions will be covered caused her anxiety to spike.

9. Ms. Voe's current presentation is completely different from her baseline and, in my opinion, is akin to the symptoms of gender dysphoria Ms. Voe used to experience. She presents as defeated; whereas she has in the past stood up as a community advocate, I have observed a change

in her capacity to extend herself that way in the current environment. Her anxiety symptoms manifest as social withdrawal, withdrawal from her community, and isolation.

10. Based on my clinical observation, these changes are attributable to Ms. Voe's concerns about having consistent access to HRT, and not to general stressors. Ms. Voe's place of residence, her community, and the broader environment for transgender people where she lives were present throughout the two years I have treated her, including the period when she was at her stable baseline. Her symptoms escalated when she realized she will no longer have consistent access to HRT through her benefits plan, and the content of her anxiety is specific to that loss of coverage: whether she will be forced off HRT, whether masculine traits will re-emerge, and the consequences that would follow at work and in the community.

11. Ms. Voe fears that, without access to the medication that she needs, she would develop physical characteristics she associates with a version of herself that she no longer recognizes.

12. Ms. Voe also fears that if she is forced to go off HRT, traditionally masculine physical traits that she develops will draw unwanted attention and make her a target for discrimination, including in the workplace, or even violence. This fear is especially acute because Ms. Voe is the breadwinner for her household.

13. If Ms. Voe's gender-affirming care is delayed or interrupted, it is likely that her current and new symptoms will worsen. Her symptoms — including social withdrawal and isolation — are likely to deepen, and she risks losing valuable connections to the community in which she has been a leader.

14. If Ms. Voe is forced off HRT, her fear over her safety and her livelihood, which would in turn harm the household that depends on her income, would worsen her mental health.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 10/30/2026 | 8:12 AM PDT

Signature: Signed by: Diane Shallcross 97C69A6F0C0D465...

Diane Shallcross, MSN, APRN, PMHNP-BC, FPA