# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>Defendant. | Case No.: 1:26-cv-02723-APM |

**DECLARATION OF ELIZABETH CRETTI OLESON, ANP-BC**

I, Elizabeth Cretti Oleson, ANP-BC, declare as follows:

1. My name is Elizabeth Cretti Oleson. I am a board-certified adult nurse practitioner at Davis Sexual Health Clinic, located in Davis, California. I submit this declaration in my capacity as a treating provider of a plaintiff in the above-captioned matter. I understand that, due to privacy concerns, she is identified in this litigation as Ms. Voe.
2. I received my Masters in Nursing from the University California, San Francisco. I am board certified as an Adult Nurse Practitioner and am licensed to practice as a nurse practitioner in California. I practice in collaboration with Dr. Brenden Tu, MD, MS, FAAFP, the Medical Director of Davis Sexual Health Clinic.
3. I have over 15 years of experience in sexual and reproductive health. I have practiced at San Francisco General Hospital, the City of Berkeley Public Health Clinic, and UC Davis Student Health and Counseling Services. My clinical practice includes gender-affirming care, including the prescribing and management of hormone replacement therapy for transgender patients.
4. I have been Ms. Voe's primary provider for much of her gender-affirming care since 2023. In that role, I have prescribed and managed her hormone replacement therapy (HRT) and monitored her response to treatment.
5. Ms. Voe was diagnosed with gender dysphoria in 2021 and her clinically significant symptoms manifest primarily as anxiety, depression, and social withdrawal.

6. Ms. Voe has been on HRT to treat her gender dysphoria since 2021. She was initially prescribed a testosterone blocker and estrogen, in accordance with World Professional Association for Transgender Health (WPATH) standards of care.

7. In 2024, Ms. Voe underwent vaginoplasty. The removal of her testes eliminated her body's primary source of testosterone. Sex hormones, including testosterone and estrogen, support essential functions throughout the body, including maintaining bone strength. Although other tissues continue to produce small amounts of these hormones, Ms. Voe no longer produces sufficient amounts on her own to meet her clinical needs. Her body is now entirely dependent on HRT to supply them.

8. Post-vaginoplasty, Ms. Voe's regimen consists of estrogen, administered by patch, and oral progesterone. Shifting the body's primary hormone to estrogen results in the development of estrogen receptors throughout the body, producing feminized physical characteristics such as breast development and changes in body contour.

9. Continuation of Ms. Voe's current HRT regimen of estrogen and progesterone is medically necessary. It is the recommended and appropriate course of treatment for Ms. Voe, consistent with WPATH standards of care, and there is no medically appropriate alternative to continuing HRT.

10. If Ms. Voe were to discontinue HRT, her body would lack the sex hormones needed to maintain her health. Based on my treatment of Ms. Voe and her medical history, I expect that without HRT, her metabolic processes would be impacted, and she would face loss of bone density, impaired muscle development, reduced tissue hydration, unwanted hair growth, and intense mood swings.

11. Prior to her vaginoplasty, Ms. Voe completed approximately 25 to 30 hair removal procedures on her genital region to prepare the skin for use in reconstructing her anatomy. Hair removal is required because a surgeon cannot construct internal genital tissue that contains hair follicles, and hair-bearing tissue in the internal constructed anatomy can cause infections and tissue necrosis.

12. Without access to HRT, Ms. Voe may suffer from regrowth of hair on her genital region, which would put her at risk for chronic infections, problematic buildup, and pain and discomfort in the affected area.

13. In addition, as her body experiences withdrawal from HRT, I would expect to see the reemergence — and worsening —of Ms. Voe's symptoms of gender dysphoria, including anxiety, depression, and social withdrawal.

14. People who cannot produce sufficient endogenous sex hormones—such as estrogen or testosterone—and rely on HRT may experience clinically significant consequences when they stop treatment and then restart, which may include vasomotor symptoms, hot flashes, night sweats, muscle mass shifting, and loss of bone density. Based on my care of Ms. Voe, Ms. Voe would be at risk for these consequences.

15. Any delay or interruption of Ms. Voe's HRT would cause harm that cannot be undone. Because her body has no other source of sex hormones, the physical effects of interruption, including loss of bone density, metabolic disruption, impaired muscle

development, reduced tissue hydration, hair regrowth, and intense mood swings, would begin within weeks of when the treatment stops.

16. It is my view that the longer Ms. Voe is without access to her HRT, the greater the risk to her physical and mental health.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 10/30/2026 | 3:44 PM PDT

Signature: Signed by: Elizabeth Oleson D8D9E1D64678433...

Elizabeth Cretti Oleson, ANP-BC