# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>Defendant. | Case No.: 1:26-cv-02723-APM |

**Declaration of Amy R.**

My name is Amy R. I am over the age of 18. I have personal knowledge of the matters stated in this declaration, am competent to testify, and declare the following under penalty of perjury:

1. I live in Colorado.

2. I have been an employee of the United States federal government for nine (9) years.

3. I am a Geologist with the United States Geological Survey (USGS), within the United States Department of the Interior.

4. I have had insurance coverage under the Federal Employees Health Benefits (FEHB) Program since 2022. In the 2026 plan year, I receive FEHB benefits through the SAMBA plan administered by Cigna. For the 2027 plan year, I intend to enroll in the same plan.

5. I am transgender. Transitioning was liberating for me; it allowed me to let go of the constant stress of trying to maintain a societally acceptable persona that wasn’t me and couldn't

be. Being able to live as the woman I know I am feels right; it feels comfortable in a way that I wasn't before.

6. Since February 2025, I have received hormone replacement therapy (HRT). Prior to January 2026, this gender-affirming care was covered under my FEHB plan.

7. I am aware that since January 2026, OPM has had a policy to deny access to gender-affirming care, except for individuals who are mid-treatment within a hormonal or surgical regimen. Because of that exception, my insurance plan has covered my HRT throughout 2026.

8. I understand that, per OPM's carrier letter 2026-07, OPM has instructed that carriers remove the exceptions process that ensured I had access to HRT this year. I am currently reviewing my options during Open Season, which runs from November 9 to December 14, and none of the plans available to me will cover my HRT or other gender-affirming care I will need.

9. I continue to require gender-affirming care. I have an ongoing need for HRT and require lab work to monitor my hormone levels every three months.

10. Discontinuing HRT is not an option for me because without HRT, I will suffer serious physiological harm. If I have to stop, ration, or interrupt my HRT in 2027 because I cannot afford it, my body will change in ways that are deeply distressing to me. The way my brain works and the way I feel on a basic level would change. I have already been forced to take steps to ensure I can continue as long as possible on HRT: I switched from estrogen tablets to liquid estrogen vials as of three months ago. Typically, federal policy recommends that you throw the vial away 28 days after first puncture regardless of how much is used, meaning the vial is only safe to use for 28 days. However, because I am concerned about my continued access to this treatment, I have been continuing to use the vials past 28 days. While this does present a risk of contamination, I have chosen to do this so I can keep getting my monthly vials and stockpile them for the future.

11. Without access to regular lab work, my doctors cannot safely monitor my hormone levels to make sure they are within the target range. My understanding is that if the levels are outside of the target, I am at increased risk for blood clots or other serious side effects.

12. In December 2025, my primary care physician referred me to the medical center that would be handling my vaginoplasty. In accordance with my physician's care plan and the World Professional Association for Transgender Health standards of care, my next step would have been to undergo the required six months of permanent hair removal at the surgery site before a formal consultation with the surgeon. The waitlist for the consultation alone is 6-12 months long, and I was not able to schedule my consultation with the surgeon before the 2025 benefits year ended. Since that time, I have not been able to get a consultation and move ahead with the process because I lack insurance coverage.

13. I am experiencing worsening symptoms of dysphoria surrounding my genital region because I was not far enough in the surgical process to qualify for an exception that would allow me to continue with my vaginoplasty in 2026. The longer I go without access to the gender-confirming surgery my primary care physician referred me for, the worse my symptoms of gender dysphoria have become. As other parts of my body feminize, the dysphoria I feel around my genital region increases. In the past I've experienced extremely low self-esteem and extreme embarrassment about my body to the point that I avoided any outside activities, projects, or even work responsibilities that placed any attention on me. My anxiety before starting HRT was quite severe; the reduction in anxiety and how different it feels was the biggest, and most unexpected, change after starting treatment. I feel more peaceful, more at home in my own mind and body than I ever have. I am concerned that if I have to stop gender affirming care I will feel worse than I did before starting HRT. I have a baseline to compare to now – I know how good I can feel in my

brain and my body, before I didn't have that knowledge. The prospect of losing that feeling after decades of searching for it is terrifying.

14. Paying for this gender-affirming care out of pocket has caused and will continue to cause me significant financial hardship. Without insurance coverage, I estimate that I will have to pay thousands of dollars per year out of pocket for my HRT and lab work alone.

15. Surgery would cost far more: my understanding is that it can be anywhere between 30,000 and 100,000 depending on whether the quote includes hospital fees, anesthesia, and the necessary follow up care. There is no scenario in which I could carve out even the lowest number of that cost range. The permanent hair removal via electrolysis that is required before surgery begins can be from $800 to $1200, which I cannot afford to pay out of pocket.

16. I do not have another way to obtain this care. The marketplace options available to me carry an exponentially higher cost than paying out of pocket. We are operating on a very tight budget already, our limited discretionary money goes towards enrichment activities for our child, and it would break my heart to take that away. Paying for this care out of pocket would require making a lot of cuts to what little quality of life budget we have – seeing our out-of-state families, and engaging in hobbies like hiking that use gas for driving. The situation is causing me an incredible amount of anxiety.

17. If I am unable to afford this gender-affirming care out of pocket, I may have to find outside employment that offers health insurance that will cover these expenses. If I have to leave the government to seek employment elsewhere to obtain coverage for this gender-affirming care, I will lose the livelihood I have been building for nearly a decade, passion for my work, and continued career development. A change in employment would also result in me losing access to

my federal retirement benefits and to the Public Service Loan Forgiveness program, both of which my partner and I had relied on in our future planning.

18. The Trump Administration's decision to ban FEHB coverage for gender-affirming care has caused and will cause me significant emotional distress, including anxiety and an overall decline in my mental health due to heightened symptoms of dysphoria. I made a lot of sacrifices to work for the federal government, including leaving a better paying job and moving across the country. I did so because I believe in the work and wanted to serve the public with the skills I have.

19. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed:

Signed by:

E27106CFCDC944E...

10/30/2026 | 3:04 PM PDT

Date

Amy R.