# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL DOE, GREGORY GOE, CHARLOTTE COE, PATRICK POE, RILEY ROE, and VANESSA VOE on behalf of themselves and all persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>*Defendant*. | No. 1:26-cv-2723 |

**Declaration of Quinn H.**

My name is Quinn H. I am over the age of 18. I have personal knowledge of the matters stated in this declaration, am competent to testify, and declare the following under penalty of perjury:

1. I live in Wisconsin.

2. I was employed by the United States Postal Service as a Mail Handler Assistant in February 2026. In August 2026, I was converted to "career" status as a Mail Handler.

3. I am a transgender woman. I was assigned "male" at birth. For much of my life, it felt like I was living someone else's life. After my transition, I'm living my dream. It is euphoric to get to be myself; it feels as if the world is finally in color.

4. I began receiving gender-affirming care in 2022 at the age of 46. In September 2022, at the encouragement of my therapist, I began hormone replacement therapy (HRT) at a gender clinic to aid my gender transition. Around this time, I legally changed my name.

5. Since that time, I have depended on gender-affirming care to improve my health and well-being, and to bring my appearance into alignment with who I know I am. I underwent electrolysis to remove unwanted facial hair and, in preparation for undergoing vaginoplasty in accordance with the World Professional Association for Transgender Health standards of care. In October 2023, I had an orchiectomy, and in April 2025, I underwent a vaginoplasty.

6. As a Mail Handler Assistant, I was not eligible for health insurance coverage under the Postal Service Health Benefits (PSHB) Program. In August 2026, upon conversion to Mail Handler, I became eligible to enroll in health insurance through the PSHB Program and I have had insurance coverage under the Program since August 22, 2026. My carrier is Blue Cross Blue Shield. I selected Blue Cross Blue Shield because my current doctors accept it.

7. In late summer 2026, when I began researching my PSHB plan options, I learned about the Office of Personnel Management's (OPM) exclusion of coverage for treatment of gender-affirming care in the plans for which I was eligible. When I signed up for my health insurance, my carrier confirmed that my gender-affirming care was not covered. I was shocked and angry to learn about this; it felt like a door had been slammed in my face. I have been struggling with depression and suicidality since learning this; when I look in the mirror, I feel as though I am stuck in my experience of dysphoria with no way out. As a transgender woman undergoing medically necessary gender-affirming care, this is deeply harmful.

8. I will continue to need HRT and other gender-affirming care in 2027 and beyond.

9. If I have to interrupt or stop my HRT in 2027, I fear the immediate and long-term medical consequences. Because I have had an orchiectomy, my body no longer produces the hormones it needs to function in a healthy way. My doctors have told me that going without HRT puts the health of my bones and the strength of my muscles at risk and would cause other physical

withdrawal symptoms. This in addition to the intense psychological effects I know I would experience – including increased depression, anxiety, and suicidality – and the negative impact of those effects on my relationships.

10. I also require follow up care associated with complications from my vaginoplasty. I am experiencing pain associated with dilation, which my provider warned can impact my ability to maintain the results of my surgery. My provider's recommended course of treatment is physical therapy; if I cannot afford the physical therapy that I need to address the complications from my vaginoplasty, I will continue to experience pain and I risk losing the results of my surgery.

11. In addition, I have been considering facial feminization surgery to address an ongoing source of gender dysphoria. Those plans are on hold indefinitely due to financial constraints.

12. Without insurance coverage for my HRT and the associated regular lab work, the cost is approximately $1500 per year out of pocket for this medically necessary care. Physical therapy for my surgical complications costs between $200 and $300 per session. I have already had to stop electrolysis because I cannot afford to pay for it out of pocket. Our budget is very tight, to cut further to afford out-of-pocket healthcare would risk our ability to put food on the table, and jeopardize regular car maintenance, needed house repairs, and social activities.

13. I do not have access to any other health insurance or program that would cover my gender-affirming care. My only marketplace plan option would cost an estimated $500 more per month than my PSHB premium, making it financially out of reach.

14. I am currently reviewing my options during Open Season, which runs from November 9 to December 14, and none of the plans available to me will cover my gender-affirming

care. I understand that OPM's exclusion of coverage for gender-affirming care will continue to apply to PSHB plans in 2027.

15. Seeking employment elsewhere in order to obtain coverage for gender-affirming care is not a viable option for me because, after changing careers, I have finally found a job that allows me to maintain financial stability and plan for my family's future by investing in a pension plan. This job holds sentimental value as well; my father worked for USPS for 23 years, and it is meaningful for me to follow in his footsteps.

16. The Trump Administration's decision to ban FEHB and PSHB coverage for gender-affirming care has caused and will cause me significant emotional distress, including anxiety about whether I will be able to afford the care I need.

17. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed:

Signed by:

Quinn H.

456B762CDD4745F...

11/2/2026 | 2:27 PM PST

**Date** **Quinn H.**