# EXHIBIT L

**Declaration of Christine F.**

I, Christine F., am over the age of 18, have personal knowledge of the facts set forth herein, am competent to testify, and declare under penalty of perjury based on personal knowledge as follows:

1. I live in Washington.

2. I have been an employee of the United States federal government for fourteen (14) years.

3. I am a Supervisory Biologist, Grade 13-Step 3 at the United States Fish and Wildlife Service.

4. I have had insurance coverage under the Federal Employee Health Benefits Plan since 2012.

5. In the 2026 plan year, I will receive FEHB benefits through Blue Cross Blue Shield.

6. I am transgender.

7. I have received gender-affirming health care through my FEHB plan. My FEHB plan is my secondary insurance, which covers my insurance costs not covered under my Veterans Affairs insurance.

8. Since February 2024, I have received Hormone Replacement Therapy. In 2025, I also had an orchiectomy. In December 2025, I had a consultation for gender-affirming surgery. Prior to January 2026, this type of gender-affirming care was covered under my FEHB plan.

9. After January 2026, I will need ongoing Hormone Replacement Therapy, and I intend to undergo a Colovaginoplasty.

10. As of January 2026, I will likely no longer have insurance coverage for my Colovaginoplasty. I intend to apply for a coverage exception through Blue Cross Blue Shield for

this surgery as ongoing care related to my orchiectomy and December 2025 consultation. In order to maintain health insurance coverage for my medically necessary Hormone Replacement Therapy, I will also have to apply for an exception for ongoing care through Blue Cross Blue Shield.

11. Blue Cross Blue Shield's plan documents indicate that the exception for ongoing care will end after plan year 2026.

12. Without insurance coverage for my gender-affirming care, I will have to pay approximately $100,000 for my Colovaginoplasty.

13. I will not be able to pay for this medically necessary gender-affirming care out-of-pocket.

14. If I am unable to afford this gender-affirming care out-of-pocket, I will have to indefinitely delay my Colovaginoplasty, putting my health and wellbeing at risk.

15. If I have to seek employment elsewhere in order to obtain coverage for this gender-affirming care, I will have to move out of my house, as my housing is tied to my position with the federal government. Given my review of the job market in my area, I will likely have to take a pay cut if I leave the federal sector, which would make it impossible for me to afford to live in my current state of residence. I would likely have to uproot my child and move back in with my parents.

16. The Trump Administration's decision to ban FEHB coverage for gender-affirming care has caused and will cause me significant emotional distress, including anxiety, increased stress, exacerbated insomnia symptoms, fear about being trans in my workplace, and depression.

17. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed: 01/25/2026
**Date**

Christine F.
Christine F. (Jan 25, 2026 15:54:07 PST)
**NAME**