# EXHIBIT M

**Declaration of Jennifer C.**

I, Jennifer C., am over the age of 18, have personal knowledge of the facts set forth herein, am competent to testify, and declare under penalty of perjury based on personal knowledge as follows:

1. I live in Maryland**.**

2. I have been an employee of the United States federal government for over twenty-two (22) years.

3. I am a Management Support Specialist, Grade 12 at the Social Security Administration.

4. I have had insurance coverage under the Federal Employee Health Benefits Program since 2003**.** My spouse joined my FEHB plan in 2012.

5. In the 2026 plan year, I and my spouse dependent will receive FEHB benefits through Blue Cross Blue Shield.

6. My spouse dependent is transgender.

7. My spouse dependent has been receiving gender-affirming health care through my FEHB plan**.**

8. Since 2024, my spouse dependent has received Hormone Replacement Therapy. Prior to January 2026, this type of gender-affirming care was covered under my FEHB plan.

9. After January 2026, my spouse dependent will need ongoing Hormone Replacement Therapy. In consultation with their medical care providers, my spouse dependent also intends to pursue breast augmentation, hairline revision, and facial feminization surgeries in the coming years.

10. As of January 2026, I will no longer have health insurance coverage for my spouse dependent's medically necessary gender-affirming surgeries. In order to maintain health insurance coverage for their medically necessary Hormone Replacement Therapy, I will have to apply for an exception for ongoing care through Blue Cross Blue Shield. Blue Cross Blue Shield's plan documents indicate that the exception for ongoing care will end after plan year 2026.

11. Without insurance coverage for my spouse dependent's gender-affirming care, I will have to pay thousands of dollars per year out-of-pocket for my spouse's Hormone Replacement Therapy and the associated bloodwork. Breast augmentation surgery could cost anywhere from $4,000 to $6,000 out-of-pocket and hairline revision surgery could cost anywhere from $3,000 to $16,000 out-of-pocket.

12. I will not be able to pay for these necessary gender-affirming surgeries out-of-pocket. Paying for Hormone Replacement Therapy out-of-pocket will place a significant strain on our finances and may consume all of my family's discretionary funds.

13. If I am unable to afford this gender-affirming care out-of-pocket, my spouse dependent may have to indefinitely postpone their necessary gender-affirming surgeries and forego the bloodwork necessary to monitor their hormone levels, putting their health and wellbeing at risk.

14. It is unlikely I will be able to seek employment elsewhere in order to obtain coverage for this gender-affirming care. I have significant disabilities which require top-tier insurance coverage and full-time telework. I may not be able to find another position that offers the insurance coverage that both my spouse and I require.

15. The Trump Administration's decision to ban FEHB coverage for gender-affirming care has caused and will cause me and my spouse dependent significant emotional distress,

including heightened anxiety, depression, difficulty sleeping, panic attacks, frustration, and anguish.

16. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed: 01/29/2026
**Date**

Jennifer C.
Jennifer C. (Jan 29, 2026 16:57:51 EST)
**NAME**