# EXHIBIT N

**Declaration of Nancy F.**

I, Nancy F., am over the age of 18, have personal knowledge of the facts set forth herein, am competent to testify, and declare under penalty of perjury based on personal knowledge as follows:

1. I live in Oregon and am a single parent of three children.

2. I have been an employee of the United States federal government for seven (7) years.

3. I am a nurse at a Veterans Affairs Medical Center.

4. I have had insurance coverage under the Federal Employee Health Benefits (FEHB) Program since 2019.

5. In the 2026 plan year, I will receive FEHB benefits through Blue Cross Blue Shield. (BCBS)

6. My twenty-year-old daughter is transgender and receives health insurance coverage through my FEHB benefits.

7. My daughter is currently receiving gender-affirming health care through my FEHB plan. She began receiving puberty-blocking medications at the age of 13, then hormone replacement therapy (HRT) at the age of 15. She did not experience complications with her HRT and was on a waiting list for two years before getting a call back for a consultation for receiving a vulvaplasty. She waited another year before having that consultation in December 2025.

8. After January 2026, my daughter will need ongoing HRT. She also needs a vulvaplasty although her provider explained they cannot give her a surgery date at this time, and that it may take place twelve months from now due to the length of the waitlist.

9. My daughter has been putting her life on hold, unable to begin living life as a young adult until she receives the surgery she requires. The main reason I have entered the federal workforce, choosing to take a pay cut, is for my daughter to receive the care she needs through my FEHB benefits.

10. Without insurance coverage for my daughter's gender-affirming care, I will have to help her pay thousands of dollars out-of-pocket to continue HRT. The surgery she requires will likely begin in the six-figure range, which is cost-prohibitive for us.

11. Paying for this gender-affirming care out-of-pocket will be devastating to me financially. It is challenging to be a single parent and a foster parent of three children. I already work nights and weekends to receive increased pay differential to care for my family. I cannot begin to think through how to get coverage for the care my daughter needs.

12. The Trump Administration's decision to ban FEHB coverage for gender-affirming care has caused and will cause me significant emotional distress. It was not until my daughter started HRT and seeing the changes from receiving care that I began to understand the suffering she was experiencing. I learned that but for this care, I could have lost my daughter, which has caused me to become vigilant around her safety and wellbeing. The stress of the cost of care in addition to being a single parent, working as a caregiver for veterans, and being my daughter's care coordinator because she has a speech impediment, has been overwhelming.

13. I have read and had an opportunity to correct this Declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed: 01/26/2026 Nancy F. (Jan 26, 2026 01:07:12 PST)

**Date** **NAME**