**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOE, *et al*. on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>Defendant. | Case No.: 1:26-cv-02723-APM |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

For the reasons set forth in the Court's accompanying opinion, it is hereby ORDERED that Defendant Scott Kupor, in his official capacity as Director of the United States Office of Personnel Management, is preliminary enjoined as follows:

1. Defendant is ENJOINED from enforcing or implementing the prohibition in Carrier Letter No. 2026-07, on Federal Employees Health Benefits (FEHB) and Postal Service Health Benefits (PSHB) insurance carriers providing coverage for "chemical and surgical modification of an individual's sex traits through medical interventions (to include 'gender transition' services)" (gender-affirming care) that it carries forward from Carrier Letter No. 2025-01b, and its direction to FEHB and PSHB carriers to "remove any exceptions process" for enrollees "mid-treatment within a surgical and/or hormonal regimen for diagnosed gender dysphoria." Carrier Letter No. 2025-01b at 1; Carrier Letter No. 2026-07 at 14.

2. Defendant is ORDERED to direct FEHB and PSHB carriers to remove the exclusion of coverage of gender-affirming care created pursuant to Carrier Letter Nos. 2025-01b

and 2026-07 from Plan Year 2027 for Plaintiffs and the certified class. Defendant shall direct carriers to administer that coverage under otherwise applicable, nondiscriminatory plan terms.

3. The Court waives the requirement under Federal Rule of Civil Procedure 65(c) for Plaintiffs to pay a security.

**IT IS SO ORDERED.**

Dated: ______, 2026

____________________________

Honorable Amit P. Mehta
United States District Court Judge