**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DOE, *et al.*, on behalf of themselves and all persons similarly situated,

*Plaintiffs*,

v.

SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,

*Defendant*.

No. 1:26-cv-2723

**DECLARATION OF HARINI SRINIVASAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Harini Srinivasan, hereby declare as follows:

1. My name is Harini Srinivasan. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am a Partner at the law firm Cohen Milstein Sellers & Toll LLP ("Cohen Milstein"). I, along with my colleague Aniko Schwarcz, and Correia & Puth PLLC ("Correia & Puth") and the Human Rights Campaign Foundation are counsel for the Named Plaintiffs Charlotte Coe and Vanessa Voe and proposed class members in the above-captioned case. I respectfully submit this declaration in support of Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel to detail the team's robust qualifications in the areas of class action litigation, complex federal litigation, sex discrimination matters, and matters on behalf of federal employees.

3. I am a 2014 graduate of American University Washington College of Law, *cum laude*. I am admitted to practice in the District of Columbia and New York, in addition to many federal district and circuit courts. I am admitted to practice in this Court and have made an appearance in this case.

4. At Cohen Milstein, Aniko Schwartz and I collectively bring years of experience litigating class actions. Cohen Milstein is one of the largest and most diversified plaintiff-side litigation firms in the country, with extensive class action experience. I have served as class counsel in several cases. *See Gabaldon v. Mayorkas*, EEOC No. 450-2017-00086X (Apr. 21, 2023) (represented nationwide class of over 1,000 federal employees in a civil rights sex discrimination action against U.S. Customs and Border Protection); *Jock v. Sterling Jewelers Inc.*, AAA No. 11 160 00655 08 (Nov. 15, 2022) (Roberts, Arb.) (nationwide Title VII gender discrimination class

action); *Zollicoffer v. Gold Standard Baking, Inc.*, No. 13-CV-1524 (N.D. Ill. Mar. 31, 2020); *Eagle v. Vee Pak, Inc.*, No. 12-C-9672 (N.D. Ill. Apr. 19, 2024); *Clancy v. Salvation Army*, No. 1:22-cv-01250 (N.D. Ill. Mar. 26, 2026); *Harris v. Med. Transp. Mgmt., Inc.*, No. 1:17-cv-01371 (D.D.C. Aug. 6, 2021) (Mehta, J.). Ms. Schwarcz has over a decade of experience working with clients and witnesses and evaluating legal claims of prospective class members. The firm has served as class counsel in numerous nationwide class action cases, including *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011) (nationwide sex discrimination class certified and reversed on appeal) and *Keepseagle v. Vilsack*, No. 1:99-CV-3119 (D.D.C. Dec. 12, 2001) (lending discrimination class action settled for $760 million).

5. At Correia & Puth, Cathy Harris, Jonathan Puth, and Kelsey Speyer collectively bring extensive experience litigating employment law cases on behalf of federal employees. Ms. Harris, a Partner at Correia & Puth, has litigated more than a dozen class actions before the U.S. Equal Employment Opportunity Commission (EEOC). She has had more than seven classes certified by the EEOC, achieved a liability finding in the longest running federal sector class action at the EEOC, and reached multi-million dollar settlements representing thousands of federal employees in cases involving sex and race discrimination. Her class actions before the EEOC include *Garcia v. Department of Justice*, EEOC No. 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X; *McKiernan v. Department of Defense*, EEOC No. 0120103592 (2015); *Dunbar, Burden, Jefferson, et al. v. SSA*, EEOC Nos. 01975435, 01975436, 01975437 (1998); *Stan G. v. SSA*, EEOC No. 2020004534 (2021); *Harrison-Gray and Hatcher v. Dep't of Veterans Affairs;* EEOC Hearing No. 120-2003-00508X; *McConnell v. USPS*, EEOC No. 070080054 (2010); *Flournoy v. NASA*, EEOC Case No. 120-A2-1267; and *Boord v. Department of Justice,* EEOC No. 100-A1-7101X. Ms. Harris is recognized as an expert in federal-sector employment law, serving as the Chairman of the Merit Systems Protection Board

from 2022-2025. Mr. Puth, a founding Partner of Correia & Puth, served as counsel to the plaintiff class in *Hartman v. Powell*, a historic class action against the State Department and Broadcasting Board of Governors that secured more than $565 million in relief for victims of gender discrimination—the largest such award under the Civil Rights Act. Ms. Speyer has several years of experience working with clients in complex litigation, with a particular focus on Title VII litigation, including on behalf of federal employees.

6. At the Human Rights Campaign Foundation, Cynthia Cheng-Wun Weaver and Ami Rakesh Patel, have litigated numerous plaintiff-side actions involving gender transition healthcare, including the class action in *Doe v. Ladapo*, No. 4:23-cv-114-RH-MAF, filed March 23, 2023, out of the Northern District of Florida. That case is a challenge to a ban on gender-affirming care for minors and restrictions on care for adults; classes and subclasses were certified along with a favorable decision issued after trial.

7. Cohen Milstein, Correia & Puth, and the Human Rights Campaign Foundation have devoted significant time and resources to the factual investigation of this case and preparing the Amended Complaint, Motion for Preliminary Injunction, and Motion for Provisional Class Certification and Appointment of Class Counsel.

8. Cohen Milstein, Correia & Puth, and the Human Rights Campaign Foundation are prepared to commit ample resources to continue representing the class.

9. I am aware of no conflicts of interest between me or any member of the Cohen Milstein team, Correia & Puth team, or the Human Rights Campaign Foundation team, and the Plaintiffs or any member of the proposed class.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Executed on November 4, 2026

*/s/ Harini Srinivasan*
Harini Srinivasan
(D.D.C. Bar. No. 1032002)
Cohen Milstein Sellers & Toll LLP
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
hsrinivasan@cohenmilstein.com