**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOE, *et al.*, on behalf of themselves and all persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT KUPOR, in his official capacity as Director of the UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>*Defendant*. | No. 1:26-cv-2723 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

This matter comes before the Court on Plaintiffs' Motion for Provisional Class Certification and Appointment of Class Counsel ("Motion"). Upon consideration of the Motion, any opposition and reply, and the entire record herein, the Motion is **GRANTED**.

The following injunctive class is hereby certified and defined as follows:

> All federal employees and retirees (a) who are or will be enrolled in the FEHB or PSHB during Plan Year 2027; (b) who have been or will be prescribed or referred for gender-affirming care for themselves or a covered dependent in Plan Year 2027; and (c) whose coverage for that care is or will be excluded in Plan Year 2027 under OPM's FEHB Program Carrier Letter 2026-07.

It is further **ORDERED** that Plaintiffs Charlotte Coe and Vanessa Voe are hereby appointed as class representatives for the 2027 Plan Year Class.

It is further **ORDERED** that Plaintiffs' counsel from Cohen Milstein Sellers & Toll LLP, Correia & Puth, PLLC, and Human Rights Campaign Foundation are appointed as counsel for the certified 2027 Plan Year Class.

IT IS SO ORDERED.

DATED: ___________________, 2026

___________________________________

Honorable Amit P. Mehta
United States District Court Judge